UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE,<br>4509 13th St., NW<br>Washington, D.C. 20001<br><br>          Plaintiff,<br><br>v.<br><br>VANCE FEDERAL SECURITY<br>SERVICES, INC.<br>10467 White Granite Drive<br>Oakton, VA 22124<br><br>          Defendant. | NOTICE OF REMOVAL<br>OF CIVIL ACTION |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

Pursuant to 28 U.S.C. § 1446, Defendant Vance Federal Security Services, Inc. ("Vance"), invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441, and states the following grounds for removal of this case from the Superior Court of the District of Columbia:

1.     An action was instituted by Plaintiff Enrique Brathwaite in the Superior Court of the District of Columbia on or about May 18, 2006, and is now pending therein. (Case No. 2006 CA 003877 B).  A true and correct copy of the Complaint is attached as Exhibit A.  There have been no pleadings, process or orders served on Defendant within the meaning of 28 U.S.C. § 1446(a) other than those attached hereto.

2. Defendant was served with a summons and a copy of the Complaint on July 17, 2006.

3. The Complaint asserts claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq* and 42 U.S.C. 1981.

4. Defendant has not served any answer or responsive pleading to Plaintiff's Complaint or made any appearance or argument before the Superior Court of the District of Columbia.

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction in this action based on the federal claims raised by Plaintiff's Complaint. Consequently, this action may be removed to this Court under 28 U.S.C. § 1441.

6. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

7. This Notice is filed with this Court within thirty (30) days after Defendant received a copy of the Complaint upon which this action is based, and before any proceedings were had thereupon in the Superior Court of the District of Columbia.

8. Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the District of Columbia. Defendant is giving written notice of this removal to Plaintiff by serving a copy on his counsel of record.

WHEREFORE, Defendant requests that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

        Respectfully submitted,
        **JACKSON LEWIS, LLP**


        /s/Tyler A. Brown
        Tyler A. Brown, Esq.
        D.C. Bar No. 480693
        8614 Westwood Center Drive, Suite 950
        Vienna, Virginia 22183
        (703) 821-2189
        **Counsel for Defendant**

Date:  July 31, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was sent by United States Mail, postage prepaid, on this 31st day of July, 2006, to:

> Alan Lescht, Esq.
> Alan Lescht & Associates, PC
> 1050 17th Street, NW, Suite 220
> Washington, DC 20036

/s/Tyler A. Brown
           Tyler A. Brown

Case 1:06-cv-01367-GK   Document 1   Filed 08/01/2006   Page 5 of 5