CO-386-online
10/03

# United States District Court
# For the District of Columbia

|   |   |   |
|---|---|---|
| vs    Plaintiff | ) ) ) ) ) ) ) ) ) | Civil Action No. __1:06-cv-01367-GK__ |
| Defendant | ) |   |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Vance Federal Security Services, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Vance Federal Security Services, Inc.__ which have any outstanding securities in the hands of the public:

Garda World Security Corporation, a Canadian corporation, publicly traded on the Toronto Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/Tyler A. Brown
Signature

__480693__
BAR IDENTIFICATION NO.

__Tyler A. Brown__
Print Name

__8614 Westwood Center Drive, Ste. 950__
Address

__Vienna, Virginia  22183__
City           State           Zip Code

__703-821-2189__
Phone Number