UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE,<br>4509 13th St., NW<br>Washington, D.C. 20001<br><br>                Plaintiff,<br><br>  v.<br><br>VANCE FEDERAL SECURITY<br>SERVICES, INC.<br>10467 White Granite Drive<br>Oakton, VA 22124<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06-cv-01367-GK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Susan L. Kruger, Esq. as counsel in this case for the Plaintiff, Enrique Brathwaite.

Bar No. 414566
Susan L. Kruger
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
