UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE,<br>4509 13th St., NW<br>Washington, D.C. 20001<br><br>     Plaintiff,<br><br>v.<br><br>VANCE FEDERAL SECURITY<br>SERVICES, INC.<br>10467 White Granite Drive<br>Oakton, VA 22124<br><br>     Defendant. | Case No. 1:06-cv-01367-GK |

## MOTION FOR SUMMARY JUDGMENT

Defendant Vance Federal Security Services, Inc. hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7 as to the complaint filed by Plaintiff Enrique Brathwaite on the grounds that there are no genuine issues of material fact in dispute. Defendant seeks summary judgment because the undisputed evidence proves that: (1) Plaintiff cannot state a *prima facie* case of race discrimination, either under Title VII or Section 1981; (2) Defendant made a legitimate non-discriminatory business decision to terminate Plaintiff's employment; (3) Plaintiff has no evidence of pretext; (4) Plaintiff's Title VII claim is barred by the statute of limitations and (5) his wrongful termination claim does not state a cause of action.

For the foregoing reasons, and those set forth more fully in the following

memorandum of points and authorities, Plaintiff's claim of race discrimination and wrongful termination should be dismissed with prejudice. A proposed order is provided with this motion.

                                                             Respectfully submitted,

                                                             **JACKSON LEWIS LLP**

February 5, 2007                                    By:   /s/
                                                             Tyler A. Brown (D.C. Bar No. 480693)
                                                             8614 Westwood Center Drive, Suite 950
                                                             Vienna, VA 22182
                                                             (703) 821-2189
                                                             (703) 821-2267 (fax)