# ATTACHMENT 3
# To Motion for Summary Judgment

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE,<br>4509 13th St., NW<br>Washington, D.C. 20001<br><br>          Plaintiff,<br><br>v.<br><br>VANCE FEDERAL SECURITY<br>SERVICES, INC.<br>10467 White Granite Drive<br>Oakton, VA 22124<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06-cv-01367-GK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF TYLER A. BROWN**
**IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. I am an attorney at law, licensed to practice before this Court and am counsel of record for Defendant Vance Federal Security Services, Inc. in the above-captioned matter. I have personal knowledge of the following and could testify competently thereto if called upon to do so.

2. Attached as Exhibit A hereto are true and correct copies of relevant pages from the deposition of Enrique Brathwaite, taken on November 27, 2006.

3. Attached hereto as Exhibit B hereto are true and correct copies of exhibits from the deposition of Enrique Brathwaite, taken on November 27, 2006.

4. Attached as Exhibit C hereto are true and correct copies of relevant pages from the deposition of I. Timothy McManus, taken on November 27, 2006.

5. Attached as Exhibit D hereto is a true and correct copies of Exhibit 18 to the deposition of I. Timothy McManus, taken on November 27, 2006.

6. Attached as Exhibit E hereto are true and correct copies of relevant pages from the deposition of Thomas Sittner, taken on November 27, 2006.

7. Attached as Exhibit F hereto are a true and correct copies of exhibits to the deposition of Thomas Sittner, taken on November 27, 2006.

8. Attached as Exhibit G hereto is a true and correct copy of a memorandum dated November 15, 2004 form Jeremy Calvert to John Harmke regarding the termination of Officers Verdine and Hales for fighting.

9. Attached as Exhibit H hereto is a true and correct copy of the case of *Plummer v. Safeway, Inc.*, 1995 U.S. Dist. Lexis 3428 *10, No. 93-0316 (PLF) (D.D.C. March 17, 1995).

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct and that this Declaration was executed on this ___5th___ day of February, 2007 in Vienna, Virginia.

_____
Tyler A. Brown

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February 2007, a copy of the foregoing *Declaration of Tyler A. Brown* was delivered via First Class Mail to:

    Susan L. Kruger, Esq.
    Alan Lescht & Associates, PC
    1050 17th Street, NW
    Suite 220
    Washington, DC 20036
    (202) 862-4330

                                          _____
                                          Tyler A. Brown