Exhibit B-2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 120-2005-00906 |

Maryland Commission On Human Relations  and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Enrique Brathwaite | (202) 829-8935 | 04-24-1953 |

Street Address: 6309 N. Capitol Street, N.W., Washington, DC 20011

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| VANCE SECURITY SERVICES | 201 - 500 | (703) 592-1400 |

Street Address: Walter Reed Annex Building, 2460 Linden Lane, Silver Springs, MD 20307

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-19-2004   Latest: 03-23-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began to work for Vance Security Services as a Security Officer in 2003. On March 13, 2004, Security Officer Verdine (Caucasian) shoved me and spit on my face - twice. Immediately thereafter, I filed a complaint against Officer Verdine for assault and battery. On March 19, 2004, Project Manager Thomas Sittner (Caucasian) suspended me. On March 23, 2004, I was terminated. However, Thomas Sittner neither suspended Security Officer Verdine nor terminated him for his assault on my person. I believe that I was treated differently than Security Officer Verdine because of my race (Black) in violation of Title VII of the Civil Rights Acts of 1964, as amended.

Brathwaite
EXHIBIT NO. 8
Nov. 27, 2006

EEOC WASHINGTON FIELD OFFICE
2005 APR 28 P 12: 04
1400 L ST NW
WASHINGTON D.C. 20005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 28, 2005   *Enrique Brathwaite*
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

FEB 2 1 2006

Mr. Enrique Brathwaite
6309 N. Capital Street, NE
Washington, DC 20011

Re: Enrique Brathwaite
EEOC Charge No. 120-2005-00906C

Brathwaite
EXHIBIT NO. 9
Nov. 27, 2006

Dear Mr. Brathwaite:

The investigation of your charge of employment discrimination has been completed. All information received from you and your former employer was reviewed and analyzed.

You filed a charge alleging discrimination against you because of your race (Black) in violation Title VII of the Civil Rights Act of 1964, as amended, with respect to discharge.

Based on the information obtained during the course of the investigation, the facts are not supported by the evidence. You submitted your rebuttal, which had no information to show that you were discriminated against because of his race (Black).

Due to the lack of evidence, discriminatory practices cannot be established. Therefore, the Commission is unable to establish any violation was committed. EEOC processes claims where the individual alleges being treated differently and/or less favorably because of the individual's race, sex, color, age, national origin, religion or disability than others of a different race, sex, color, etc. If an individual is being singled out and treated adversely from a group of individuals regardless of race, sex, color, etc. then this treatment is probably unfair, but would not involve prohibited employment discrimination. Claims of unfair treatment in the work place or poor personnel practices are not allegations or claims that EEOC can address then they do not involve prohibited employment discrimination.

Based on an analysis of the evidence, the Commission will not pursue further investigation of this charge. You now have the right to file a lawsuit against the Respondent within **90** days from the date you receive the Notice of Right to Sue and Dismissal. If you fail to file suit within the appropriate time, you will lose your right to pursue this matter in court.

Sincerely,

Mattie J. Whitfield
Investigator

Enclosure: Dismissal and Notice of Rights

EEOC Form 161 (3/98)         U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Enrique Brathwaite  
6309 N. Capitol, Street, N.W.  
Washington, DC 20011

From: Baltimore Field Office - 531  
10 South Howard Street  
3rd Floor  
Baltimore, MD 21201

☐ On behalf of person(s) aggrieved whose identity is  
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 120-2005-00906 | Mattie J. Whitfield, Investigator | (410) 962-6607 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Marie M. Tomasso,  
District Director

FEB 2 1 2006  
(Date Mailed)

Enclosure(s)

cc: Christina Steransky  
Vice President Human Resources  
VANCE SECURITY SYSTEMS  
10467 White Granite Dr.  
Oakton, VA 22124