EXHIBIT B-3

Chenega Technical Services

VANCE

COPY

| | | |
|---|---|---|
| Site Name: | Fort Glen | Site #: |
| Incident #: | | |
| Incident Date/Time: | 2004 3-13-04 1405 |
| Incident Type: | |
| Region: | |

| Complainant/Victim: | BRATHWAITE ENRIQUE | | | Sex: M |
| Address: | 4509 13th ST NW | | | DOB: 1953-04-24 |
| City: | Washington | State: DC | Zip: 20011 | SSN: 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 |
| Phone: (202) 723-1604 | Employer: | | | Work Phone: |

| Injury/Condition: | | Date/Time Occurred: |
| Location: | | Date/Time Reported: |
| EMS Respond: | EMS Unit: | Hospital: |

| Suspect: | | Race: | Age: |
| Address: | | Sex: | DOB: |
| City: | State: | Zip: | Height: | Hair: |
| Home Phone: | Work Phone: | Weight: |
| Vehicle Info.: | | |

| Witness: | | Home Phone: |
| Address: | | Work Phone: |
| City: | State: | Zip: | |

| Property Description: | | Serial No.: |
| Property Disposition: | | Value: |

Incident Description: Asault + Batery

On and about 1405 officer Verdine hat the Shot Gun. While I was checking ID. I then told him to give the Shift Gun to somgone who has not carried the wuepon all day. He then place the weapon on the ground. I told Verdine Do not put that gun on the floor. He then came over and said in a Loud voice that I will kick your ass. Then infront of the customers I was writting the customer a pass, then I was standing next to the Guard Shock Finishing up the Data next to him. Out of no were He Then and push me in my chest infront of all the officers and customers. He then proceed to removing his Jacket and the

| Police Officer: | | Badge No.: | Action Taken by Police: |
| Report / Case No.: | | |

| Reporting Officer: ENRIQUE BRATHWAITE | Supervisor: CHARLES H. GREEN | Dispatcher: |
| Signatures: | Security Officer: | | Date: |
| | Supervisor: *[signature]* | Date: 3-13-04 |
| | Approved By: | Date: |

Follow-Up:

Brathwaite
EXHIBIT NO. 12
Nov. 27, 2006

| | |
|---|---|
| Site Name: | FORREST GLENN ANNEX     Site #: |
| Incident #: | |
| Date: | 3-13-04   1405 hr |
| Incident Type: | |
| Region: | |

# Incident Report
## Continuation Page

this came after me in a very violent manner by saying I will kick your ass then he push me again in my chest. I then said to + every one who was trying to control O/F Verdine did you see this as they was desperatly trying to control him, but to no avail. O/F Verdine then came back at me only to spit in my face not once but a second time. I had enough so I came to the (PMO) and notified them as to these charges maid by O/F Verdine.

Not to mention that He also Rush me in the chest with the shot gun. Bear in mined that I never touch O/F Verdine. Also O/F Robert Branch his a witness to this Incident.

Enrique Brathwaite

Q HOW MANY TIMES DID YOU CARRY THE SHOTGUN AND HOW LONG?
A ONCE FOR 1 HOUR AND 15 MINUTES.
Q HOW MANY TIMES DID VERDINE CARRY THE SHOTGUN?
A TWICE
Q WERE ALL THE TEAM MEMBERS COMPLING WITH THE SOP ON ROTATION.
A NO. VERDINE DOES COMPLY. COLLINS NEEDS PUSHED. BLASSINGAME SOMETIMES BUT BARNETT NOTHING, ALL HE DOES IS CURSE ALL DAY.
Q DID VERDINE THREATEN YOU
A YES HE VERBALLY AND PHYSICALLY THREATENED ME.
Q WHERE DID THE SHOVING TAKE PLACE?
A BEHIND THE GUARD SHACK AT THE WATER COOLER.
Q HOW MANY TIMES DID VERDINE MAKE CONTACT WITH YOU?
A FIRST WAS WITH THE SHOTGUN, AND THEN ONCE BEHIND THE GUARD SHACK AND THEN PUSHED ME HARD AND SPIT ON ME.
Q HOW MANY TIMES HE SPIT ON YOU?
A TWICE.
Q WHEN HE THREATHENED YOU, WHAT DID HE DO?
A VERBAL THREAT FIRST—I'M GOING TO KICK YOUR ASS AND THEN HE SAID MEET ME AT THE PARKING LOT I'M GOING TO FICK YOU UP. THEN THE PUSHING AND THE SHOVING.
Q. DID THE SHOTGUN EVER GET POINTED IN A UNSAFE DIRECTION?
A. YOU BETTER BELIEVE IT LIKE THIS (HOLDING GLOVES IN A HORIZONTAL FASHION ARMS EXTENDED IN FRONT OF CHEST).
Q. DID VERDINE STRIKE YOU WITH THE SHOTGUN?
A. NO. I HELD OUT MY HAND LIKE THIS AND TOLD HIM TO BACK OFF AND STOP SHOWING OFF. (HANDS HELD OUT FINGERS UP PALMS OUT AWAY FROM CHEST)

| | |
|---|---|
| Site Name: | FORREST GLEN ANNEX ~~FORREST GLEN~~   Site #: |
| Incident #: | |
| Date: | 3-13-04  1405 |
| Incident Type: | |
| Region: | |

# Incident Report
## Continuation Page

A. GUN - TO GIVE THE GUN TO ONE OF THESE GUYS IN THE SHACK.
Q. WHAT WAS YOUR REASON FOR NOT ACCEPTING THE SHOTGUN WHEN VERDINE TRIED TO GIVE IT TO YOU?
A. BECAUSE IF IM CHECKING I.D.'S OUTSIDE AND THERE IS ~~FOUR~~ THREE PEOPLE IN THE GUARD SHACK I CAN'T BEND OVER AND CHECK ID'S IN THE CAR AND BE PROFESSIONAL AND WRITE PASSES AT THE SAME TIME.

//////// NOTHING FOLLOWS ////////

I HAVE READ THESE QUESTIONS AND ANSWERS AND AGREE TO THEIR ACCURACY

*[signature]*
ENRIQUE BRATHWAITE

INTERVIEW OF ENRIQUE BRATHWAITE ON 03/9/04
@ 1235 HRS

I was on duty at Stephen Miller Lane and I was checking ID cards. Verdine tried to give me the shotgun so he could take a break. I refused to take it and told him to give it to one of the other 3 guards that were in the booth. He then placed it on the ground, butt down leaning against the guard shack. I then told him not to put it on the ground. ~~I told him not to put it on the ground~~ This time he picked up the gun and came at me with it and I put my hands up and told him to back off. He then said he was going to kick my ass and fuck me up.

He then gave the shotgun to someone, I do not know who.

The other guards came and controlled him. At that time I told the driver of a car to pull up to the Fisher house so I could issue a parking pass.

After I issued the pass I came back to the guard shack and was finishing entering data when Verdine pushed me, ~~and he said he was~~ This before he pushed me, he

REFUSED TO SIGN TW/[initials]    1315

Brathwaite
EXHIBIT NO. 13
Nov 27, 2006

said he was going to kick my ass. He started pulling off all of his equipment like his jacket, everything but his short sleeve shirt. The others tried to control him, he then pushed me again, & then fell down, knocked over the water cooler. I then got up and told him to stop showing off. At that time he spit on me.

He spit in my face twice. I then went to the PMO to report the incident.

REFUSED TO SIGN  TW/letter  13:15

**Memorandum**

To:         Officer Enrique Brathwaite #313842

From:       Thomas W. Sittner, Project Manager
            Vance Protective Services, WRAMC

Subject:    Notice of Suspension

Date:       March 19, 2004

    You are notified that you are the subject of an investigation. The investigation concerns your actions while on duty at your post at Stephen Sitter and Linden Lane on Saturday, March 13, 2003.

    Pending the completion of this investigation, you are suspended from further duty. This suspension is effective immediately.

    You are directed to return all issued equipment including you identification to the on-duty supervisor.

    I will notify you of the outcome of this investigation when it is complete.

Served by: _Thomas W. Sittner_          Date: 03/19/04

Received by: _REFUSED_ TS               Date: 03/19/04

Witnessed by: _[signature]_             Date: 19 MAR 04

cc: I. Timothy McManus
    Personnel file

Brathwaite
EXHIBIT NO. 14
Nov. 27, 2006

<u>Memorandum</u>

To:        Enrique Brathwaite #313842

From:      Thomas W. Sittner, Project Manager
           Vance Protective Services, WRAMC

Subject:   Termination of employment

Date:      March 23, 2004

    On March 13, 2004, I was advised of an incident concerning an allegation of an assault committed by you while on-duty. The incident occurred on March 13 at approximately 1400 hours at the guard post located at Stephen Sitter Lane and Linden Lane.

    I conducted an investigation into the incident. I completed my investigation on March 22, 2004 and presented my findings with a recommendation of termination to the Vance Federal Protective Services Operations Manager, Mr. Timothy McManus. Mr McManus has reviewed my findings and has concurred with my recommendation.

    You are notified that your employment is terminated effective immediately. You are to return all Vance equipment that is still in your possession to the on-duty supervisor.

    A copy of this memorandum is being presented to you. You have the right to submit written comments concerning this matter. If you choose to do so, present them to me and I will attach them to this memorandum. Both will be placed in your personnel file.

Served by: _[signature]_     Date: 03/24/04

Received by: _REFUSED_ _[initials]_    Date: 03/24/04

Witnessed by: _[signature]_    Date: 24 MAR 04

TWS/tws

cc: Personnel file
    I. Timothy McManus, Operations Manager
    Karen Hairston, HR Manager

Brathwaite
EXHIBIT NO. 15
Nov. 27, 2006