**EXHIBIT D**

## Memorandum

To:      I. Timothy McManus, Operations Manager
Vance Federal Protective Services

From:    Thomas W. Sittner, Project Manager
Vance Protective Services, WRAMC

Subject:   Internal investigation

Date:      March 22, 2004          Re: Brathwaite, Enrique #313842
                                                       Verdine, Shawn #314896

        On March 13 at approximately 1430 hours, Lieutenant Green advised me of an incident that had just occurred at the Stephen Sitter and Linden Lane gate. The incident involved Officers Brathwaite and Verdine. Lieutenant Green had already notified Captain Lewis of the incident who instructed him to call me.

        Lieutenant Green told me that Officer Verdine had been scheduled to take his lunch break and had tried to give the shotgun to Brathwaite who refused to take it. This escalated into an assault when Brathwaite allegedly shoved Verdine from behind. Verdine pushed Brathwaite. Brathwaite tripped over a trashcan and fell to the ground. A water cooler was knocked over during the incident. Other officers intervened and separated Brathwaite and Verdine. Officer Brathwaite went to the Provost Marshals Office to report the incident.

        Lieutenant Green was directed to obtain statements from all of the officers that were involved or who witnessed the incident. The statements were delivered to me. Verdine and Brathwaite were sent to other posts to separate them.

        I have reviewed all of the statements that were prepared by Lieutenant Green. I have viewed the surveillance tape that covers the gate. The tape supports portions of each officer's account of the incident. The tape does not show the assault by either officer and there is no audio of the incident.

        An independent witness, Captain Eric Poulson #202-782-7942, was identified. I interviewed him by phone on March 16, 2004 at 0800 hours. Captain Poulson stated that he was entering the installation on Saturday afternoon when he observed an officer push another one. The officer who was pushed almost fell to the ground. Captain Poulson also stated that he heard some yelling but could not understand what was being said. He did not see what preceded the push. Through his description of the officers, I was able to determine that he had seen Verdine push Brathwaite.



McManus
EXHIBIT NO. 18
Nov. 27, 2006

Vance 0243

On March 17 at 0910 hours, I interviewed Officer Verdine concerning this incident (the notes of that interview are attached). According to Verdine, he was scheduled to take his lunch break. He was carrying the shotgun and attempted to give it to Brathwaite, who was outside of the guard shack checking the identification of drivers entering the base. Brathwaite refused to take the weapon saying, "fuck you, I am not taking the shotgun." Verdine then placed the weapon, butt down, on the ground, leaning against the guard shack. The gun stayed there for about 15 seconds until Officer Barnett picked it up. Barnett had been within 3' of the gun and Verdine had been within 1' of the weapon during that time. Verdine then walked to the back of the guard shack to pick up his bag before leaving for lunch. Verdine was standing looking into his bag when he was struck from behind on his left shoulder. Brathwaite came past him on his left side and Verdine immediately pushed Brathwaite on his back with his open hands. Brathwaite tripped over a trashcan and fell to the ground. A water cooler that was on the air conditioner fell to the ground. Brathwaite got up, said nothing, and walked to the Provost Marshal's Office to report the incident to the Department of the Army Police.

I interviewed Officer Joseph Barnett on March 18 at 1200 hours (the notes of his interview are attached). Barnett stated that he was on duty when the altercation occurred between Verdine and Brathwaite. He confirmed that the incident began when Verdine attempted to give the shotgun to Brathwaite. He took the shotgun to avoid a problem. He then witnessed Brathwaite push Verdine from behind as he walked past him. Verdine then immediately pushed Brathwaite in the back and Brathwaite fell down. Brathwaite then went to the Provost Marshal's Office to report the incident.

Barnett made additional allegations concerning Brathwaite:

- Officer Brathwaite smokes while on-duty at the guard shack while he checks identification.
- Officer Brathwaite will leave his post and if anyone questions him about it his response is, "you can't get me fired," or "go ahead and write me up".
- Barnett has observed Brathwaite engage in personal conversations with the occupants of vehicles at the gate. He has gotten into vehicles and left the gate. Once he was gone for an hour and a half.

I interviewed Officer Melvin Blassingame on March 18 at 1320 hours. Blassingame confirmed the details of how the incident began. He stated that he was checking identifications and observed, out of his peripheral vision, Verdine, go forward. He then heard Verdine say, "don't push me", and then he heard a noise. He said that the noise could have been the cooler falling. Brathwaite then went to the Provost Marshal's Office.

Blassingame confirms that Brathwaite smokes while on duty. Blassingame also told me that he has heard Brathwaite speak in a very disrespectful manner especially to older people, and that he treats younger women very pleasantly. He said that he once apologized to an older woman for the way that Brathwaite had acted.

2

I attempted to interview Officer Willie Collins on March 19 at 0930 hours. Collins was reluctant to say anything good or bad concerning Brathwaite or Verdine. He claims not to have seen or heard anything.

I interviewed Officer Enrique Brathwaite on March 19 at 1235 hours (a copy of his statement is attached). Brathwaite confirmed the details concerning how the incident began. Brathwaite's account differed markedly about the physical altercation. According to Brathwaite, he had issued a visitor pass to a motorist and had walked back to the guard shack where he was entering data from the pass. At that time, Verdine stated that he was going to kick his ass and he pushed him. Brathwaite stated that Verdine pushed him twice and spit in his face twice. When he was pushed the second time, he fell down and then went to the Provost Marshal's Office to report the incident. During my interview of Brathwaite he clearly stated that when Verdine approached him he, Brathwaite, held up his hands, palms out, to keep Verdine away. There was no contact between Brathwaite and the shotgun while Verdine held it.

Brathwaite did acknowledge that he does smoke while at his post. He said that he was told once by Sergeant Cobb not to do it and he did not do it again.

Brathwaite refused to sign his statement that I had written.

Brathwaite had previously submitted a statement to Lieutenant Green. Green had asked a series of questions. One of the questions was, "How many times did Verdine make contact with you?" Brathwaite answered, "first was with the shotgun".

Officer Patrick Hayes, badge #132, was on duty in the PMO when Brathwaite came in. Officer Belcher was also present. Hayes spoke with Brathwaite and related the following information:

- We spoke to him for about 5 or 10 minutes. He stated that he wanted someone arrested because he had been pushed and spit on by another officer.
- Brathwaite had a large gob of liquid on his left cheek above his chin near the left corner of his mouth. He said, "do you see it, do you see it". Brathwaite claimed that it was spit and that Verdine had spit on him.
- Brathwaite did not ask for a napkin or wipe the liquid off. Officer Belcher finally asked him to go across the street to the fitness center to wipe it off. Brathwaite left the PMO to go to the fitness center.
- Brathwaite claimed that Verdine pushed him once and spit on him once.

Officer Hayes had contacted Lieutenant Green who responded to the PMO. He obtained statements and made the required notifications. Statements from all of the officers are attached.

3

I believe that Officer Brathwaite was the aggressor in this matter. I also believe that he has lied in his statements. They are not consistent and he refused to sign the statement that I took from him. Most compelling are the statements from Barnett and Blassingame. Barnett witnessed Brathwaite push Verdine first and Blassingame heard Verdine say, "don't push me", just before he heard the noise of Brathwaite falling. This type of a spontaneous utterance is a clear indication that Verdine had been pushed and was reacting instead of being the aggressor.

I have suspended Officer Brathwaite pending completion of this matter.

TWS/tws

*[Handwritten notes:]* Mr. Spinner's investigation — Terminate - Mr. Brathwaite's employment R/ violation of I.A.P. (assaulting another person/s/o).