# EXHIBIT F

**Chenega Technical Products**
**Vance**

| | |
|---|---|
| Site Name: | Forest glenn Annex   Site #: |
| Incident #/Location: | Sitter / Linden |
| Incident Date/Time: | 3/13/04   1405 |
| Incident Type: | |
| Region: | |

Complainant/Victim:
Address: N/A
City: State: Zip:
Phone: Employer:

Sex:
DOB:
SSN:
Work Phone:

Injury/Condition: N/A
Location:
EMS Respond: EMS Unit:

Date / Time Occurred:
Date / Time Reported:
Hospital:

Suspect: N/A
Address:
City: State: Zip:
Home Phone: Work Phone:
Vehicle Info.:

Race: Age:
Sex: DOB:
Height: Hair:
Weight:

Witness: Joseph A Barnett
Address: 506 62nd N #B
City: Seat pleasant   State: MD   Zip: 20743

Home Phone: 3/925-9215
Work Phone: 3/254-3965

Property Description:
Property Disposition:

Serial No.:
Value:

Incident Description: ON 3/13/04 OFFicer Brathwaite approach O/F Verdine and said He was not going to take the Shotgun and O/F Verdine Then gave me O/F Barnett the Shotgun I Then Started to check "ID" In cars when O/F Brathwaite push O/F Verdine and O/F Verdine push Him back I O/F Barnett then called O/F Lt green on Vance Three to come to post Sitter/Linden.

Q. DURING THE SHIFT, HOW MANY TIMES DID YOU CARRY THE SHOTGUN?
A. NINE
Q. AT WHAT POINT DID YOU HAVE POSSESSION OF THE SHOTGUN?
A. WHEN VERDINE AND BRATHWAITE HAD WORDS.
Q. DID VERDINE SET THE SHOTGUN DOWN AGAINST THE SHACK?

Police Officer:   Badge No.:   Action Taken by Police:
Report / Case No.:

Reporting Officer: Charles H. Green
Supervisor / Reporting Officer: Joseph A Barnett
Security Officer: Joseph A Barnett
Supervisor: Charles H Green
Approved By:
Dispatcher:
Date: 3/13/04
Date: 3-13-04
Date:

Follow-Up:

Sittner
EXHIBIT NO. 21
Nov. 27, 2006

Vance 0253

# Incident Report
## Continuation Page

| | |
|---|---|
| Site Name: | FOREST GLENN ANNEX   Site #: |
| Incident #: | |
| Date: | 3-13-04  1405h |
| Incident Type: | |
| Region: | |

A. NO. HE ASKED BRATHWAITE TO TAKE THE SHOTGUN AND THEY ARGUED SO I CAME OUT AND TOOK THE SHOTGUN FROM VERDINE.

Q. HOW DID BRATHWAITE VERDINE HAND OVER THE SHOTGUN.

A. LIKE THIS. (MAKING MOTION ONE HAND AT TOP - ONE HAND AT BOTTOM OF SHOTGUN [PRESENT ARMS])

Q. DID THE SHOTGUN EVER ENDANGER ANY OTHER OFFICER OR CITIZEN IN THE AREA?

A. NO

Q. DID YOU SEE VERDINE STRIKE BRATHWAITE WITH THE SHOTGUN.

A. I DIDN'T SEE HIM DO THAT. HE WOULD NOT ACCEPT THE SHOTGUN SO HOW COULD HE HIT HIM. I TOOK THE GUN WHEN THEY STARTED TO ARGUE.

Q. DID YOU SEE VERDINE SPIT ON BRATHWAITE?

A. NO

Q. WHO SEPERATED VERDINE AND BRATHWAITE?

A. BLASSINGAME.

Q. WHO STRUCK WHO FIRST?

A. BRATHWAITE PUSHED VERDINE FIRST AND THEN VERDINE PUSHED BRATHWAITE WHO FELL INTO THE WATERCOOLER.

Q. WHERE WERE YOU WHEN YOU TOOK THE SHOTGUN FROM VERDINE?

A. TO THE SIDE OF THE DOOR.

Q. DO YOU THINK BRATHWAITE WENT OUT OF HIS WAY TO HAVE A CONFRONTATION WITH VERDINE.

A. YES

///////NOTHING FOLLOWS////////

I HAVE READ THESE QUESTIONS AND ANSWERS AND AGREE WITH THEM.

X Joseph A Barnett
Joseph A Barnett

Vance 0254

Sittner
EXHIBIT NO. 22
Nov. 27, 2006

STATEMENT FROM JOSEPH BARNETT ON 03/18/04 @ 1200 HRS - INCIDENT THAT OCCURRED ON 03/13/04 @ 1400 HRS

I was on duty at Fitter & Linden Lane. Ofc. Verdin had the shotgun and was going to give it to Ofc. Brathwaite so he could go to lunch. I was in the guard booth and I heard Ofc. Brathwaite say "I am not going to take the mother-fucking shotgun." Verdin and Brathwaite then argued and I took the shotgun. Brathwaite was writing a parking pass and Verdin was at the back of the shack getting ready to go to lunch. Brathwaite walked up behind Verdin and pushed him in the back. Verdin then pushed Brathwaite in the back and Brathwaite fell down. Brathwaite then got up and went to the PMO office.

Vance 0247

- Ofc. Brathwaite smokes while on duty at the guard shack.
- Ofc. Brathwaite will leave post and if anyone says anything to him he will say, "You can't get me fired" or "go ahead and write me up."
- I have seen him stop traffic at the gate and have personal conversations with the occupants of

Joseph A Barnett 3/18/04

vehicles. I have also seen him get into cars and leave his post. Once I saw him leave and he was gone for an hour and a half.
Joseph A Barnett 3/18/04

Vance 0248

**Chenega Technical Products / Vance**

| Field | Value |
|---|---|
| Site Name: | FOREST GLENN ANNEX |
| Incident #/Location: | SITER AND LINDEN AVE |
| Incident Date/Time: | 3-13-04 / 1405 |
| Incident Type: | |
| Region: | |
| Site #: | |

Complainant/Victim: N/A
Address: 
City: 
Phone: 
State: 
Zip: 
Employer: 
Sex: 
DOB: 
SSN: 
Work Phone: 

Injury/Condition: N/A
Location: 
EMS Respond: 
EMS Unit: 
Date/Time Occurred: 
Date/Time Reported: 
Hospital: 

Suspect: N/A
Address: 
City: 
Home Phone: 
State: 
Work Phone: 
Zip: 
Race: 
Sex: 
Height: 
Weight: 
Age: 
DOB: 
Hair: 

Vehicle Info.:

Witness: MELVIN BLASSINGAME
Address: 1539 FT. STEVENS DR. N.W.
City: WASH.
State: DC
Zip: 20011
Home Phone: 202 726-3611
Work Phone:

Property Description:
Property Disposition:
Serial No.:
Value:

**Incident Description:**
OFFICER VERDINE ATTEMPTED TO GIVE OFFICER THE SHOTGUN AT THE GAURD BOOTH. OFFICER BRAITHWAITE REFUSED TO EXCEPT SHOTGUN. OFFICER VERDINE GAVE SHOTGUN TO OFFICER BARNETT. OFFICER VERDINE, THEN WALKED TO BACK OF GAURD BOOTH ATTEMPING TO GO TO LUNCH. THATS WHEN OFFICER BRAITHWAITE WALKED UP TO OFFICER VERDINE AND PUSHED HIM AND VERDINE PUSHED HIM BACK.

Q. HOW MANY TIMES DID YOU CARRY THE WEAPON DURING THE SHIFT FROM THE TIME YOU CAME ON UNTIL THE INCIDENT?
A. NONE
Q. WAS YOUR TEAM UTILIZING THE ROTATION PER SUP.?
A. I NOT SURE.
Q. WHERE WERE YOU WHEN THE INCIDENT OCCURED?

Police Officer: 
Badge No.: 
Action Taken by Police:
Report / Case No.:

Reporting Officer: MELVIN BLASSINGAME
Supervisor: [signature]
Dispatcher:

Signatures:
Security Officer: Melvin Blassingame    Date: 3/13/04
Supervisor: [signature] CHARLES H. GREEN    Date: 3-13-04
Approved By:    Date:

Follow-Up:

Sittner
EXHIBIT NO. 23
Nov. 27, 2006

# Incident Report
## Continuation Page

| | |
|---|---|
| Site Name: | ANNEX FORRES GLENN    Site #: |
| Incident #: | |
| Date: | 3-13-04    1405 |
| Incident Type: | |
| Region: | |

A. INSIDE THE SHACK.
Q. AT WHAT POINT DID YOU COME OUT OF THE SHACK?
A. WHEN THEN THE TRAFFIC STARTED TO BACK UP.
Q. HOW FAR DID THE TRAFFIC BACK UP?
A. 3 OR FOUR CARS.
Q. DID YOU SEE VERDINE PRESENT THE SHOTGUN TO BRATHWAITE
A. NO.
Q. DID YOU SEE WHO PUSHED WHO FIRST?
A. WHAT I SAW OUT OF MY PERIPHERAL VISION VERDINE FALL FORWARD AND THEN HE TURNED AND PUSHED BRATHWAITE.
Q. HOW MANY TIMES DID VERDINE PUSH BRATHWAITE?
A. ONE TIME.
Q. DID YOU SEE VERDINE GIVE BRATHWAITE THE SHOTGUN?
A. YEAH HE TRIED TO GIVE IT TO HIM LIKE THIS (MAKING MOTION OF PRESENT ARMS).
Q. DID YOU SEE VERDINE STRIKE BRATHWAITE WITH THE SHOTGUN?
A. NO WAY.
Q. DID YOU RESTRAIN VERDINE?
A. NO I TOLD HIM TO LEAVE IT ALONE, DON'T ARGUE.
Q. WAS THE SHOTGUN EVER POINTED IN AN UNSAFE DIRECTION
A. NO.
Q. DID YOU SEE VERDINE SPIT ON BRATHWAITE?
A. NO.

////// NOTHING FOLLOWS //////

I HAVE READ THESE QUESTIONS AND ANSWERS AND FIND THEM TO BE TRUE AND CORRECT

X *Melvin Blassingame* (signature)
MELVIN BLASSINGAME

INTERVIEW OF MELVIN BLASSINGAME ON 03/18/04 @ 1320

I was on duty on Saturday 03/13 at Fitter & Firsten Lane. There was an argument between Ofc. Brathwaite and Ofc. Verdine over who was going to carry the shotgun. Ofc. Barnett took the shotgun. Ofc. Verdine had gone to the back of the guard shack and I saw Verdine go forward, & then heard Verdine say "don't push me" and then I heard a noise. It could have been a trash can or the water cooler falling. Brathwaite then got up and went to the PMO.

- Brathwaite smokes on duty at the gate. He will cup the cigarette behind his back while he checks IDs.

Ofc. Melvin Blassingame     3/18/04



Sittner
EXHIBIT NO. 24
Nov. 27, 2006