**EXHIBIT G**



A UNIT OF SPX Corporation

"when you can't afford to compromise"

TO: John Harmke, Chief, Vance Federal Security

FROM: Jeremy Calvert, CPT, Vance Federal Security

DATE: 15 November 2004

RE: Incident at Sitter / Linden Gate on 9 November 2004

1. On 12 November 2004 I received word that an incident had occurred at the Sitter / Linden Gate on the Forest Glen Annex. I contacted SGT Hales who informed me that [redacted] had unholstered his pistol and charged the weapon. I began the investigation at that time and ordered all personnel at the gate to write an incident statement. I also requested to see the videotape from the Department of the Army camera system overlooking that location.
2. SGT Hales and Officer Verdine admit that it was their unprofessional conduct that led up to the altercation. They were pushing each other at first, but the games soon escalated to the swinging of batons. SGT Hales stated that Officer Verdine unholstered his weapon, charged it, and stated "I will shoot you don't play around my head". Officer Verdine denies that his weapon ever was removed from the holster and charged. Officer Roache, a witness, stated that he observed Officer Verdine clearing his weapon in the guard booth after the incident. Officer Urbina, a witness, also confirmed only that he observed the exchange of words, the baton play, and nothing else.
3. I watched the videotape of the incident at the gate on 9 November 2004. At approximately 18:02 hours Officer Verdine and SGT Hales were observed engaging in a physical altercation. At approximately 18:13 hours SGT Hales threw Officer Verdine to the ground and could be seen kneeling over him. When SGT Hales released his grip on Officer Verdine he retreated towards the guard booth. Officer Verdine can be seen chasing after him and what followed is not visible with that camera angle.
4. On 16 November 2004 both Officers were advised to call Mr. Tim McManus and that their services were no longer needed.
5. The POC for this memorandum is CPT Jeremy Calvert at (202) 782-8164.

Corporate Headquarters: 10467 White Granite Drive, Oakton, VA 22124-2700 (703) 385-6754 • Fax (703) 359-8456

www.vancesecurity.com

Vance 0213