**ATTACHMENT 4**
**To Motion for Summary Judgment**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE,<br>4509 13th St., NW<br>Washington, D.C. 20001<br><br>              Plaintiff,<br><br>v.<br><br>VANCE FEDERAL SECURITY<br>SERVICES, INC.<br>10467 White Granite Drive<br>Oakton, VA 22124<br><br>              Defendant. | Case No. 1:06-cv-01367-GK |

## DECLARATION OF JERRY SARGENT

I, Jerry Sargent, hereby declare as follows:

1. I am employed as the Manager of EEO Compliance for Vance Federal Security Systems. I have been employed with Vance in that capacity since December 2005. As part of my job responsibilities, I am familiar with the Company's hiring practices and have access to the employment records for the Company's employees. Therefore, I have personal knowledge of the following and could testify competently thereto if called upon to do so.

2. Plaintiff Enrique Brathwaite was discharged on March 23, 2004. Based on my review of Vance records, the next security guard hired by Vance was Norris Hercules, on April 12, 2004. Mr. Hercules is African-American.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 1st day of February, 2007 at Oakton, Virginia.

_____
Jerry Sargent