# ATTACHMENT 5

# To Motion for Summary Judgment

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENRIQUE BRATHWAITE,                          )
4509 13th St., NW                            )
Washington, D.C. 20001                       )
                                             )
                    Plaintiff,               )
                                             )
                                             )                Case No. 1:06-cv-01367-GK
                                             )
        v.                                   )
                                             )
                                             )
VANCE FEDERAL SECURITY                       )
SERVICES, INC.                               )
10467 White Granite Drive                    )
Oakton, VA 22124                             )
                                             )
                    Defendant.               )
                                             )

## DECLARATION OF IAN TIMOTHY MCMANUS

I, Ian Timothy McManus, hereby declare as follows:

1. I am employed as a Senior Managing Director for Vance and have been employed with the company in various capacities since April 2001. I was the program manager for Vance's contracts with the Army during the time Mr. Brathwaite was employed by Vance. I have personal knowledge of the following and could testify competently thereto if called upon to do so.

2. I reviewed Thomas Sittner's report recommending that Mr. Brathwaite be discharged. I approved that recommendation. At the time I reviewed the report and approved the discharge recommendation, I did not know Mr. Brathwaite and I had no idea what race he was. Moreover, I have never made a decision regarding

the status of a candidate for employment or an employee on the basis of race. I made my decision based solely on Mr. Sittner's report and my conversations with Mr. Sittner about the incident in which Mr. Brathwaite assaulted a fellow officer. In my conversations with Mr. Sittner about this incident, the issue of the races of the individuals involved was not discussed.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this _____ day of February, 2007 at Oakton, Virginia.

Ian Timothy McManus

2