UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE,<br>4509 13th St., NW<br>Washington, D.C. 20001<br><br>     **Plaintiff,**<br><br> v.<br><br>VANCE FEDERAL SECURITY<br>SERVICES, INC.<br>10467 White Granite Drive<br>Oakton, VA 22124<br><br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-01367-GK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING DEFENDANT VANCE FEDERAL SECURITY SYSTEM'S MOTION FOR SUMMARY JUDGMENT

Defendant Vance Federal Security Systems, Inc. having moved for Summary Judgment pursuant to Federal Rule of Civil Procedure, Rule 56 and Local Rule 7 and this Court having reviewed the briefs and arguments submitted by counsel of record for both parties, hereby grants Defendant's Motion for Summary Judgment because there are no genuine issues of material fact in dispute and the undisputed evidence proves that: (1) Plaintiff cannot state a *prima facie* case of race discrimination, either under Title VII or Section 1981; (2) Defendant made a legitimate non-discriminatory business decision to terminate Plaintiff's employment; (3) Plaintiff has no evidence of pretext; (4) Plaintiff's Title VII claim is barred by the statute of limitations and (5) his wrongful termination claim does not state a cause of action.

Accordingly, this action is dismissed with prejudice and Defendant is to be awarded costs.

_____
The Honorable Gladys Kessler
United States District Judge for the
 District of Columbia

Date: _____