UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE,<br><br>               **Plaintiff,**<br><br>v.<br><br>VANCE FEDERAL SECURITY<br>SERVICES, INC.<br><br>               **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-01367-GK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of Plaintiff's motion for an extension of time to respond to the Defendant's summary judgment motion, it is hereby ORDERED that the motion is GRANTED and that Plaintiff shall file his response by March 2, 2007.

_____
Gladys Kessler
USDJ