# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENRIQUE BRATHWAITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Case No. 1:06-cv-01367-GK** |
| **v.** ) | |
| ) | |
| ) | |
| **VANCE FEDERAL SECURITY** ) | |
| **SERVICES, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Plaintiff's motion for an extension of time to respond to the Defendant's summary judgment motion, it is hereby ORDERED that the motion is GRANTED and that Plaintiff shall file his response by March 2, 2007.


Gladys Kessler
USDJ