UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE, </br></br> Plaintiff, </br></br> v. </br></br> VANCE FEDERAL SECURITY SERVICES, INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No. 1:06-cv-01367-GK </br> ) </br> ) </br> ) </br> ) </br> ) |

**ON CONSENT: PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**

On consent of Defendant, Plaintiff moves for an Order extending his time to respond to the summary judgment motion to March 2, 2007. The Plaintiff submits that this extension is necessary due to the vacation schedule of his attorney and the fact that he is on active duty in the military and not readily available to consult with his attorney.

_____
Alan Lescht, Bar No. 441691
Susan L. Kruger, Bar No. 414566
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Counsel for Plaintiff