UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENRIQUE BRATHWAITE, )
)
Plaintiff, )
)
)
v. ) Case No. 1:06-cv-01367-GK
)
)
)
VANCE FEDERAL SECURITY )
SERVICES, INC. )
)
Defendant. )
)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiff, Enrique Brathwaite, responds as follows to Defendant's Statement of Undisputed Material Facts:

1. Admiited

2. Admitted

3. Plaintiff admits that Sittner informed him of his discharge but denies that he committed an assault.

4. Admitted

5. Admitted

6. Plaintiff admits receiving a counseling form but denies the remaining allegations.

7. Plaintiff admits receiving a counseling form but denies the remaining allegations.

8. Plaintiff admits receiving a counseling form but denies the remaining allegations.

9. Admitted

10. Admitted

11. Admitted

12. Plaintiff admits that an investigation was conducted and statements were taken but denies the remaining allegations.

13. Plaintiff has insufficient information to either admit or deny.

14. Plaintiff has insufficient information to either admit or deny.

15. Denied.

16. Plaintiff has insufficient information to either admit or deny.

17. Plaintiff has insufficient information to either admit or deny.

18. Denied

19. Plaintiff denies the conclusions reached in the report.

20. Plaintiff has insufficient information to either admit or deny.

21. Admitted.

22. Plaintiff has insufficient information to either admit or deny.

23. Denied

24. Admitted

25. Admitted

26. Plaintiff has insufficient information to either admit or deny.

27. Denied

28. Denied

29. Denied

30. Denied

31. Admitted

32. Denied

33. Admitted

34. Plaintiff has insufficient information to either admit or deny.

Respectfully submitted,

____/s/_____
Alan Lescht, Bar No. 441691
Susan L. Kruger, Bar No. 414566
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Counsel for Plaintiff