UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENRIQUE BRATHWAITE, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>VANCE FEDERAL SECURITY )<br>SERVICES, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:06-cv-01367-GK |

ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's opposition and the entire record herein, it is hereby ORDERED that the Defendant's Motion for Summary Judgment is DENIED.

_____
Gladys Kessler
USDJ