Ex 1

Brathwaite, Enrique

Vienna, VA

November 27, 2006

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -x

ENRIQUE BRATHWAITE,                    :

            Plaintiff,                 :

      vs.                              :   Case No.

VANCE FEDERAL SECURITY SERVICES,       :   2006-CA-003877B

INC., :                                :

            Defendants                 :

- - - - - - - - - - - - - - - - -x


        Deposition of ENRIQUE BRATHWAITE, held at the

offices of Jackson Lewis, LLP, 8614 Westwood Center

Drive, Suite 950, Vienna, Virginia, commencing at 9:15

a.m., Monday, November 27, 2006, before Elizabeth

Mingione, Notary Public.


**ORIGINAL**

HENDERSON LEGAL SERVICES
1015 15th Street, Suite 525
Washington, D.C. 20005

Brathwaite, Enrique

November 27, 2006

Vienna, VA

9

1    **A.    I reviewed the questionnaire that you sent**

2    **me.**

3    Q.    Okay.  That would be the interrogatories?

4    **A.    Yes, sir.**

5    Q.    Okay.  And you reviewed your responses I am

6    assuming?

7    **A.    Yes, sir.**

8    Q.    Anything else?

9    **A.    Nothing else.**

10    Q.    All right.  Now, you started with Vance

11    when?  What was your start date, do you remember?

12    **A.    I believe it's sometime around November,**

13    **September, November, December, one of these three**

14    **months of 2003.**

15    Q.    2003.  All right.  And what was your

16    position when you started?

17    **A.    Security officer.**

18    Q.    As a security officer what did you

19    understand your job duties to be?

20    **A.    To identify and check vehicles, identify ID**

21    **card for individuals who should be on base, search**

22    **vehicles, report any unusual thing that happened on**

Brathwaite, Enrique

November 27, 2006

Vienna, VA

12

1          BY MR. BROWN:

2          Q.    What we've marked as Exhibit 2 is a

3    three-page document entitled the Vance

4    non-discrimination and anti-harassment Policy.  And

5    I'd like to direct your attention to the third page of

6    the document and ask you, first of all, if that's your

7    signature?

8          A.    Yes, sir.

9          Q.    All right.  And you signed this

10   acknowledgment of the non-discrimination

11   anti-harassment Policy on September 15, 2003; correct?

12         A.    Yes.

13         Q.    Does that refresh your recollection as to

14   when you started at Vance?

15         A.    Yes.

16         Q.    All right.  So this was on or about your

17   first day on the job?

18         A.    I think so.  Yes.

19         Q.    All right.  In reviewing the

20   non-discrimination and anti-harassment policy, I guess

21   first of all did you read the policy on September 15,

22   2003?

Brathwaite, Enrique                                    November 27, 2006

Vienna, VA

14

1       **A.      Yes, sir.**

2       Q.      And you received this document on February

3   26, 2004; correct?

4       **A.      Um-hmm.   Yes, sir.**

5       Q.      And what was going on on February 26, 2004

6   that caused you to get a copy of the Standards of

7   Conduct?

8       **A.      I don't remember.  I don't recall.**

9       Q.      Was there any change in job assignment or

10  anything which prompted you to get a copy of this

11  document?

12      **A.      Not to my knowledge, sir.  I believe**

13  **everyone received this around the same time.**

14      Q.      All right.  And did you read this over at

15  the time that you received it?

16      **A.      Never had a chance to read it.  No, sir.**

17      Q.      Okay.  Who presented it to you?

18      **A.      I don't recall.**

19      Q.      Where were you when you were presented this

20  document?

21      **A.      I don't remember.**

22      Q.      You understood that at Vance there was

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

November 27, 2006

Vienna, VA

15

1    certainly Standards of Conduct that you had to abide

2    by in order to remain employed; correct?

3        A.    Yes, sir.

4        Q.    And you understood, for example, as listed

5    as the first standard of conduct violation that

6    assault, making or uttering verbal or physical threats

7    would be cause for discharge; correct?

8        A.    I assume so.

9        Q.    That would be true in any job, wouldn't it?

10       A.    Yeah.

11       Q.    Okay.  Same thing, for example, number 5,

12   the willful or careless destruction of property.

13   That's the type of thing that someone could be

14   terminated for; correct?

15       A.    Yes.

16       Q.    And you understood that violating any of

17   these Standards of Conduct, that it would be up to

18   Vance to determine what the penalty would be for doing

19   that; correct?

20       A.    Yes.

21       Q.    They could discharge you or they could do

22   anything other than discharge you; right?

Brathwaite, Enrique

Vienna, VA

November 27, 2006

41

1    Barnett, Blassingame and?

2        A.    Collins.

3        Q.    Collins.  I think we've already established

4    that Officers Barnett and Blassingame are black.

5    Officer Verdine is white; correct?

6        A.    Yes, sir.

7        Q.    What about Officer Collins?

8        A.    He's black also.

9        Q.    The shotgun that you are speaking of, is

10   there anything in writing which discusses how often

11   any one person should be carrying the shotgun?

12       A.    The supervisors told us to relieve each

13   others from the weapon every hour.

14       Q.    Who is it that told you that?

15       A.    I believe it was Lieutenant Smith,

16   Lieutenant Colon.

17       Q.    Both of them told you that?

18       A.    Yes.

19       Q.    Okay.  So you had the shotgun at the

20   beginning of the shift?

21       A.    Yes.

22       Q.    Did all five of you, referring to the

Brathwaite, Enrique

Vienna, VA

November 27, 2006

42

1    Officers Verdine, Barnett, Blassingame and Collins,

2    all start at the same time?

3        A.    Yes, sir.

4        Q.    And my question was a little vague.  When I

5    said start at the same time, I meant start your shift

6    at the same time on March 13.  Is that right?

7        A.    Yes.

8        Q.    Okay.  And you said you had been carrying

9    it for two hours, but it was the policy or practice

10   was that the shotgun was supposed to be rotated among

11   the guards every one hour.  Is that right?

12       A.    Right.

13       Q.    So how come you had it for two hours?

14       A.    Because nobody else would take it.

15       Q.    After one hour did you try to give it to

16   any of the other four?

17       A.    I did.  And they wouldn't take it.  So I

18   kept it for another hour.

19       Q.    Had that ever happened before?

20       A.    It happens all the time.  Most officers

21   don't want to carry the weapon.

22       Q.    Why is that?

Brathwaite, Enrique

November 27, 2006

Vienna, VA

45

1    was going on.

2        Q.    So you tried to give it to Officer Barnett.

3    He wouldn't take it.  Did you try to give the shotgun

4    to Officer Blassingame?

5        A.    Yes, sir.

6        Q.    What did he say?

7        A.    He refused to take it.

8        Q.    Now, at this one-hour mark did you try to

9    give it to Officer Collins?

10        A.    Yes, sir.

11        Q.    What happened then?

12        A.    He refused to take it.  He said Verdine

13    needs to carry it next.

14        Q.    So at the one-hour mark did you try to give

15    it to Officer Verdine?

16        A.    After the one-hour mark, yes.  And he said

17    no.

18        Q.    So you kept it for another hour; right?

19        A.    Yes.

20        Q.    And then at the two-hour mark you presented

21    it to Officer Verdine or did you approach any of the

22    others first?

Brathwaite, Enrique                                November 27, 2006

Vienna, VA

46

1       **A.      I asked which one of you guys would like to**
2       **take the weapon.  And Verdine took the weapon.**
3       Q.    And describe your -- you have already
4       described your relationship with Officers Barnett and
5       Blassingame.  How was your relationship with Officer
6       Collins?
7       **A.      Wasn't bad.  We didn't have a bad**
8       **relationship.**
9       Q.    What about with Officer Verdine?
10      **A.      We was okay on up until that day.**
11      Q.    So after Officer Verdine has the shotgun
12      for an hour, he tries to give it back to you.  Is that
13      right?
14      **A.      Because the other guys refused to take it.**
15      Q.    Did you observe Officer Verdine asking
16      Officers Barnett, Blassingame and/or Collins if they
17      would take the weapon?
18      **A.      No.**
19      Q.    Did you ever find out later from any source
20      that he had tried to give them the weapon prior to
21      approaching you about it?
22      **A.      No.  He told me that they refused to take**

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

Vienna, VA

November 27, 2006

47

1    it.

2        Q.    So he comes up to you and asks you if you

3    will take the shotgun.  What do you say to him?

4        A.    I said give it to one of those guys in

5    there who have never carried the weapon throughout the

6    day.

7        Q.    And what does he say?

8        A.    He said they won't take it.

9        Q.    Then what happened?

10        A.    And he proceed to try to give it to me.

11    And I was checking vehicle, because we have a line, I

12    told him I'll deal with that later.  And he kept

13    pushing himself on me to take the weapon.  Then he put

14    the weapon on the ground.  And that's when I told him

15    that weapon does not go on the ground.

16        Q.    When you say he's trying to give it to you,

17    describe for me how he's trying to give it to you?

18        A.    He's just saying take this weapon.  Take

19    this weapon.  I had it for an hour.  And I told him I

20    had it for two hours.  Give it to those other three

21    guys.  And he said they don't want to take it.

22        Q.    Now, you were gesturing a moment ago,

Brathwaite, Enrique

Vienna, VA

November 27, 2006

48

1    holding as if you were holding the shotgun in one hand

2    and presenting it forward.  Is that what Mr. Verdine

3    was doing?

4        A.    At the time while I was checking the

5    vehicles, he stand at a distance and he was trying to

6    give it to me.  And I told him I can't because I'm

7    checking these cars as they coming in right now.

8            I can't have it on my back and bend down

9    trying to get license or identification then to write

10   up the pass.  He understood.  He was in the military

11   too.

12       Q.    How far from you was Mr. Verdine when you

13   were having this conversation about where he was

14   asking you to take the shotgun?

15       A.    In a distance from where her and I sit.

16       Q.    So about three feet?

17       A.    Less than that.

18       Q.    About two feet?

19       A.    Yeah.

20       Q.    All right.  So he was about two feet away

21   from you.  And is he holding the shotgun in one hand

22   or two hands?

50

1    to do it.  I says I am taking passes now, which is my

2    time to take pass.  I'm relieved from this shotgun for

3    at least an hour more.  There was other people needs

4    to carry the weapon.  It's that simple.

5         No one was there to establish who would

6    take control of the weapon.  But I knew that my hour

7    was to just check ID because I already carried that

8    weapon.  So he needs to take it someplace else.  And

9    instead he took it and put it on the ground.

10    Q.    Where did he put it on the ground?

11    A.    First he put it in the guard shack on the

12    ground, sort of like threw it on the ground.  And I

13    said you can't do that.  What if that weapon go off.

14         Then he picked it up and took it outside

15    the guard shack to rest it on the side of the guard

16    shack.

17    Q.    The butt up or down?

18    A.    The butt was done.

19    Q.    And how far were you from the shotgun when

20    he set it down this second time?

21    A.    About maybe six feet away.

22    Q.    Where were Officers Barnett, Blassingame

Brathwaite, Enrique

November 27, 2006

Vienna, VA

58

1    Collins actually?

2         A.    Well, yeah.

3         Q.    Next to the mark where Officer Collins is;

4    right?

5         A.    Right.  Right by the I think there's --

6    there was a trash can sitting right over to the side

7    there.  It's -- he put it to the side of the guard

8    shack.

9         Q.    Okay.

10        A.    That's where he rests his weapon.

11        Q.    And what happened at that point?

12        A.    I told him you can't do that.  Somebody

13   have to carry that weapon.  You can't just abandon

14   that weapon and turn your back.  What if somebody come

15   and pick it up and just --

16        Q.    So what did he do?

17        A.    He picked it up and took it inside.

18        Q.    Okay.  Where did he go inside?

19        A.    In the guard shack.

20        Q.    Where inside the guard shack?

21        A.    The guard shack is small.

22        Q.    How many feet is the guard shack?  Can you

Brathwaite, Enrique

November 27, 2006

Vienna, VA

62

1   shotgun." You say, No. I am not going to take the

2   shotgun, or words to that effect.

3       **A.    I didn't say no.**

4       Q.    All right. Fine. Whatever. You won't

5   take it. You don't take it; right?

6       **A.    I said it is my turn to check ID now.**

7   **Since I already had it for two hours, give it to one**

8   **of the guys who have not carried that weapon.**

9       Q.    Right.

10      **A.    Since the start of our tour.**

11      Q.    Right. Okay.

12      **A.    And he says they refused to take it.**

13      Q.    That's right. And that's when he then goes

14  and he sets it down on the floor inside the guard

15  shack?

16      **A.    Right.**

17      Q.    Right. Okay. You tell him you can't lay

18  the shotgun down like that, or words to that effect;

19  right?

20      **A.    Right.**

21      Q.    Okay. So he picks it up and he sets it

22  down on its end?

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique                                     November 27, 2006

Vienna, VA

63

1      A.      He went back inside and he got the shotgun.

2      Q.      Right.  And then he sits it down on its end

3   outside the guard shack?

4      A.      Right.

5      Q.      Right.  That part I think we've got.  What

6   happens next immediately thereafter?

7      A.      Then he crossed the street.

8      Q.      Okay.  He crosses the street.

9      A.      Right.

10      Q.      What does he do then?

11      A.      Smoke a cigarette.

12      Q.      Where does he smoke the cigarette?

13      A.      Right outside the guard shack just maybe

14   about 15 feets away where we all go and smoke when we

15   need to smoke.

16      Q.      So he smokes a cigarette.  You are checking

17   the vehicles at that point?

18      A.      Yes.

19      Q.      Okay.  Then what happens?

20      A.      Then he came down the hill and he says,

21   "You are not taking that weapon."  And I say, "Give it

22   to one of those guys."  And that's when he got angry.

Brathwaite, Enrique

November 27, 2006

Vienna, VA

64

1    "You going to take this F-ing weapon.  I am going to

2    get fired today."

3            And that's when he removed his jacket, and

4    he came down the hill, and he picked up the weapon.

5    And that's when he started charging me with the

6    weapon.

7        Q.    Let's back up again.  Right before he goes

8    to smoke the cigarette, up until that point has he

9    raised his voice at you?

10       A.    Yes.

11       Q.    Okay.  So even when he's presenting you the

12   shotgun, he's saying, come on, take this weapon or

13   words to that --

14       A.    Oh, I'm going to kick your ass.

15       Q.    -- and he's yelling at you?

16       A.    Take this F-ing weapon.  That kind of

17   threat he was making at me even before he went to

18   smoke a cigarette.

19       Q.    Even before.  Okay.  So that's -- I didn't

20   hear that the first time.  So I want to get this right

21   then.  So even before he goes to smoke the cigarette

22   and he's presenting you with the weapon, he's swearing

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

Vienna, VA

November 27, 2006

65

1    at you and yelling at you.  Is that right?

2         A.    Well, he was -- he just say you going to

3    take this F-ing weapon.  Right.  Once he saw where I

4    explained to him I'm not going to take this weapon,

5    you must give it to one of these guys who did not have

6    this weapon.  I had it for two hours.

7              And that's when he went up on the hill,

8    smoke a cigarette, put it out halfway, because it was

9    still sitting, the weapon, in front of the guard

10   shack.

11        Q.    Right.

12        A.    And then he came and pick it up and say

13   "I'm going to get F-ing fired today."

14        Q.    When he said, "I am going to get F-ing

15   fired today," was he referring to himself or to you?

16        A.    Because of what he was about to do.

17        Q.    Oh, I see.

18        A.    He knew exactly what he was going to do.

19   In other words, I'm going to kick your butt if you

20   don't take this weapon.

21        Q.    Okay.

22        A.    And I will get fired today for doing that.

Brathwaite, Enrique

November 27, 2006

Vienna, VA

66

1    Q.    Okay.  So he comes down the hill and he

2    picks up the weapon.  Is that right?  That's the first

3    thing he does?

4    A.    He removed his shirt, his jacket.

5    Q.    Removed his jacket?

6    A.    Right.  And came down the hill saying, "If

7    you don't take this weapon, I'm going to get F-ing

8    fired today."  Then he pick up the weapon and bring it

9    at me.

10    Q.    When you say bring it at you, describe what

11    he did?

12    A.    Well, he bring it this way, take this

13    weapon.  And I explained to him I'm checking these

14    vehicles right now.  I can't do it.  Give it to one of

15    these guys.

16    Q.    Now is he holding -- let me stop you.  Is

17    he holding the shotgun in two hands again?

18    A.    Yeah.  He was holding it like this now.

19    Q.    Again out in front of him?

20    A.    One this way and the other one going this

21    way.

22    Q.    Okay.  Showing the hand faced up on one and

Brathwaite, Enrique

November 27, 2006

Vienna, VA

68

1    these people.  You need to stop and back off.

2              And that's when he kept pushing the weapon

3    towards me in my chest, twice.  The people saw it.

4    Every one that was coming through that gate, they saw

5    it.  And I am not stupid to react while all these

6    people seen what was going on.

7         Q.    Okay.  Now, when you say he is -- that

8    Officer Verdine is pushing the shotgun towards you,

9    was he actually making contact with you?

10        A.    Yes, he was.

11        Q.    Okay.  And he made contact with you how

12   many times?

13        A.    Twice with the shotgun.

14        Q.    Twice with the shotgun.  So two times he

15   pushes the shotgun towards you and hits you in the

16   chest?

17        A.    Yes.  I was like this and sort of like

18   pushed me back.

19        Q.    Well, when you say sort of like pushed you

20   back, did you actually stagger back?

21        A.    I lost my balance with the push that he

22   gave me with the weapon.

Brathwaite, Enrique                                November 27, 2006

Vienna, VA

69

1      Q.    And as that's taking place, as Officer

2  Verdine is hitting you, striking you twice with the

3  shotgun, were -- was Officer Barnett looking at you?

4      A.    At me?  I don't know.

5      Q.    Was Officer Barnett --

6      A.    I was more concerned with what Verdine was

7  going to do with that weapon than to be concerned with

8  officers that was behind me.

9      Q.    Well, okay.  Let me confirm that then.

10  Officer Barnett was behind you at that time?

11     A.    There was -- there was in that vicinity,

12  sir.  I don't know exactly in relation where they was

13  standing at the time.

14     Q.    Okay.  So they could have been in front of

15  you or behind you?

16     A.    Right.

17     Q.    And that would be the -- that would be the

18  case for Officers Barnett, Blassingame and Collins?

19     A.    And Mr. Richards.

20     Q.    Now who is Mr. Richards --

21     A.    Officer Robert Blanche also was there.

22     Q.    And who is Officer Robert Blanche?

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

November 27, 2006

Vienna, VA

70

1      A.    He is a security officer whom I was talking

2   with prior to all this incident.

3      Q.    And is he a Vance employee?

4      A.    Yes.

5      Q.    And was he assigned to the guard post that

6   day?

7      A.    He was off that day.  He was in civilian

8   clothes.

9      Q.    I see.  When did he show up on the scene?

10     A.    I was talking with him before while Verdine

11  was carrying the weapon.  Him and I was talking off to

12  the side.

13     Q.    So is it Blanche or Branch?

14     A.    Lance, Branch, last name Richard.  I am not

15  sure if it's Branch or Blanche.

16     Q.    Okay.  You said Blanche, so we'll go with

17  that.  Okay.  And Blanche is his last name?

18     A.    Roberts, I believe.

19     Q.    Roberts?

20     A.    I don't know his last name.

21     Q.    Okay.

22     A.    But I know we know him as Robert.

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique                    November 27, 2006
Vienna, VA

71

1    Q.    You know him as Robert.  Okay.  We'll just

2    call him Robert then, just to keep it straight --

3    A.    Okay.

4    Q.    -- between us.  All right.  So you and

5    Robert are there.  And Robert's there for this whole

6    incident between you and Mr. Verdine and yourself?

7    A.    Yes.

8    Q.    Now, so is it correct to say then that as

9    Mr. Verdine is striking you in the chest with the

10   shotgun, that you don't know where Barnett,

11   Blassingame, Collins and Robert were.  Is that right?

12   **A.    They were right within the guard shack.**

13   **They was right around the guard shack.  I don't know**

14   **exactly where they was standing, but I could look**

15   **around and see that they were there.**

16   Q.    Do you know whether any of them were

17   looking at you at the time that this was taking place,

18   being when you were being hit in the chest?

19   **A.    All of them have to have seen it.**

20   Q.    Well, you say had to have seen it.  Now

21   that's an assumption on your part; right?

22   **A.    No.  They saw it.**

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

November 27, 2006

Vienna, VA

1    Q.    How is it you know they saw it?

2    A.    Because they were there, sir.  And nobody

3  was attending vehicles.  They were all engaged with

4  what was going on.

5    Q.    So they all saw it.  What race is Robert?

6    A.    He's black.

7    Q.    He's black.  All right.  So they all see,

8  all these four guys are standing around.  They are

9  watching you get hit in the chest a couple times with

10  the shotgun; right?

11    A.    Yes, sir.

12    Q.    How was your relationship with Robert, by

13  the way?

14    A.    I know him.

15    Q.    Friendly?  Unfriendly?

16    A.    Well, just like me and Collins and Verdine,

17  same type of friendship.

18    Q.    You got along okay?

19    A.    Yes.

20    Q.    Okay.  And so these four guys are standing

21  around.  They are watching you get hit in the chest a

22  couple of times with the shotgun.  What happens after

Brathwaite, Enrique                                    November 27, 2006

Vienna, VA

73

1    that?

2        A.    I don't know what happened.   I know he

3    stopped.   He stopped pushing with the shotgun.

4        Q.    All right.

5        A.    I don't know what he did with the shotgun.

6    I proceed to write the form and I was standing right

7    next to him and at which time he started pushing me.

8        Q.    Okay.   Let me stop you there.   You are

9    writing the form.   What form is this?

10       A.    There is a pass to allow vehicles to park

11   on the installations for a day or whatever.

12       Q.    All right.   So you are basically going back

13   about your business?

14       A.    Yes.

15       Q.    Okay.   And so you are writing the form, and

16   then he starts pushing you again you said?

17       A.    (The witness nods.)

18       Q.    How did he -- describe that for me.   How

19   did he push you?

20       A.    As I was writing the forms, he turned and

21   look at me.   And I looked at him.   And then I said

22   what.   And then he just start pushing.

Brathwaite, Enrique

November 27, 2006

Vienna, VA

74

1     Q.    When he pushed you, did he have the shotgun

2  in his hands?

3     A.    Nope.  He already completed the shotgun

4  pushing.

5     Q.    Where was the shotgun when he started

6  pushing you?

7     A.    Well, that -- he started with the shotgun.

8     Q.    I understand that.

9     A.    And as I was writing the pass, the shotgun

10  was no longer in his hands.  I don't know where it

11  was, who had it.  But I as I was writing the pass, I

12  looked at him, he looked at me, and he turned around

13  and he pushed me.

14     Q.    Now you -- I think this is right, but I

15  just want to make sure, you are outside the guard

16  shack at this point?

17     A.    Yes.  Behind the guard shack.

18     Q.    Behind the guard shack and doing your

19  paperwork.  So he pushes you, pushes you with two

20  hands?

21     A.    Yes.

22     Q.    All right.  How many times?

Brathwaite, Enrique

Vienna, VA

November 27, 2006

75

1    **A.    Twice.**

2    Q.    Twice.  Where did he push you?  Where on

3    your body did he strike you?

4    **A.    Right up here.**

5    Q.    On your chest?

6    **A.    Yeah, like get away.**

7    Q.    So he pushed you with two hands on your

8    chest, twice; right?

9    **A.    Right.  The first time it wasn't a**

10    **compelling push.  It was just like --**

11    Q.    Just a little shove?

12    **A.    Right.  And then the second time he really**

13    **pushed me, sending me back, knocking down the trash,**

14    **everything.**

15    Q.    Okay.

16    **A.    To the ground.**

17    Q.    To the ground.  All right.  So the second

18    time he pushes you really hard and you knock over the

19    trash can.  Anything else?

20    **A.    I went sailing.  Everything went out of my**

21    **hands.  I fell to the ground.  I, when I got up, I**

22    **thought it was over.  When he didn't saw that I was**

Brathwaite, Enrique

November 27, 2006

Vienna, VA

1    going to fight him back, that's when he escalated by

2    start spitting at me because he wanted a fight.

3        Q.    All right.  So you are -- he pushes you to

4    the ground.  And does he then follow you, you know --

5        A.    Yeah.

6        Q.    Come forward towards you as you are on the

7    ground?

8        A.    Um-hmm.

9        Q.    Yes?

10       A.    Yes, sir.

11       Q.    All right.  And what are the other four

12   guys doing at that point?

13       A.    They was rallying around.  Nobody held him,

14   nobody held me.  They just stand up there and watch.

15       Q.    Just watched?

16       A.    Yeah.

17       Q.    Were they saying anything?

18       A.    They weren't saying nothing.  I just turn

19   around and said, "Did you guys saw this."  And they

20   looked.  I didn't know what was said.  I was a little

21   scared because I thought he was going to reach for his

22   service revolver and shot me or something.

Brathwaite, Enrique

November 27, 2006

Vienna, VA

77

1      Next thing I knew, when he didn't saw me

2  respond to him by trying to fight him or anything,

3  that's when he spit on me.  And I said, "Did you saw

4  this."  And then he said, "Yeah.  And I do it again."

5  And he came up with a big blob right in my face.

6      Q.    So he spits on you twice?

7      A.    Yes, sir.

8      Q.    The first time did he -- did his spit hit

9  you?

10     A.    Yes, it did.

11     Q.    Where?

12     A.    Like a sprinkle in my face.

13     Q.    A sprinkling.  So he spits a sprinkle in

14  your face.  And when he did that you said to him did

15  you see that?

16     A.    I turned to the officers and said, "Did you

17  guys east see this."  And they have to have seen it.

18     Q.    Okay.

19     A.    Without a doubt.  And --

20     Q.    Because they are all standing around.

21     A.    Yeah.  They all standing around looking.

22  And then next thing I knew, the guy really went deep

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

Vienna, VA

November 27, 2006

78

1  and came out and put a big blob in my face.  And at

2  this point I -- it didn't make any sense for me to

3  stand there anymore.

4          I said this is it.  And I went to the PMO.

5  And I reported it.

6      Q.    When he hit you with the second -- you are

7  describing a gob of spit, if you will.  Is that right?

8      A.    Yes, sir.

9      Q.    Where did he hit you with that?

10     A.    In my face.

11     Q.    Where in your face?

12     A.    I was standing either on the left or on the

13 right, in my face.

14     Q.    Well, odds are it would be one or the

15 other.  I am asking you which one?

16     A.    I don't know.  It's -- I don't know if it

17 was more towards the left or right, but it was in my

18 face.  I think it was coming down on the cheek or it's

19 more like the left side of my face.

20     Q.    Okay.  And in size, you know, how big a gob

21 of spit are we talking about?  The size of a dime, a

22 quarter, a nickel?

Brathwaite, Enrique

November 27, 2006

Vienna, VA

80

1      A.      Oh, he was like between her and I.

2      Q.      So again about two feet?

3      A.      A foot and a half.

4      Q.      Okay.

5      A.      He was in my face.

6      Q.      Uh-huh.  So he spits on you once, about a

7  foot and a half away; spits on you a second time,

8  still about a foot and a half away; right?

9      A.      About the same distance.

10     Q.      Okay.  And when he hit you with the second

11  gob of spit, that's when you turned around and walked

12  away.  Is that right?

13     A.      That's when I, yeah, I walked to the PMO.

14     Q.      What does PMO stand for?

15     A.      Provost Marshal Service, I think, Office.

16     Q.      All right.  And what was your purpose in

17  going there?

18     A.      I thought my supervisors were there because

19  normally that's where they hang out at, their little

20  office there.  That's where they do guard mount and

21  say whatever the order is of the day.

22     Q.      When you say your supervisors, you are

Brathwaite, Enrique

Vienna, VA

November 27, 2006

81

1    referring to Lieutenant Green and Ms. Williams?

2        A.    **Lieutenant Williams.**

3        Q.    Lieutenant Williams.  Okay.  Were they

4    there?

5        A.    **No, sir.**

6        Q.    Who was there?

7        A.    **Officer Hayes was there.  There was a desk**

8    **officer.  And moments later their sergeant came in.**

9        Q.    What's his or her name?

10        A.    **I don't know their name, individuals.  The**

11    **only name I recognize is Officer Hayes.**

12        Q.    And who was Officer Hayes?

13        A.    **He was a white officer.**

14        Q.    What was his position?

15        A.    **He was a provost marshal police officer.**

16        Q.    So he's not a Vance employee?

17        A.    **No.**

18        Q.    And what took place in the provost

19    marshal's office?

20        A.    **I went in there and I explained to them**

21    **what happened.  Officer Hayes say, "Who did that."**

22    **And I explain to him.  And he said, well, I saw the**

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

November 27, 2006

Vienna, VA

82

1    evidence, so you can go in the bathroom and wash it

2    off.

3        Q.    When Officer Hayes said, "Who did that,"

4    what was he referring to as far as you understood?

5        A.    I came in there and I explained to them

6    that I just got assaulted and spit in my face by

7    another fellow officer.  And at this time, he told one

8    of the other officer to write up the incident.

9            So he reach over there and got one of the

10   PMO standardized form, and he was going to write it

11   up.  And then someone told him to let Vance Security

12   handle it, call his supervisor.  And that's what they

13   did.

14       Q.    Okay.  And when Officer Hayes said, "I see

15   that," what was he -- what was the "that" he was

16   referring to?

17       A.    He says, "You can go to the bathroom and

18   wash your face, because I saw the evidence on your

19   face" based on what I told him.

20       Q.    How far is it from the guard shack to the

21   provost marshal's office?

22       A.    In terms of feets?

Brathwaite, Enrique                                    November 27, 2006

Vienna, VA

83

1          Q.      Distance, time, how long, let's start with

2     that, how long did it take you to get there?

3          **A.      About a minute and a half, I think.**

4          Q.      Were you walking or running?

5          **A.      Walking.**

6          Q.      And during this walk to the provost

7     marshal's office, it's your testimony that you had the

8     gob of spit on your face; right?

9          **A.      (The witness nods.)**

10         Q.      Is that right?

11         **A.      Yes.**

12         Q.      You didn't wipe it off?

13         **A.      No.**

14         Q.      Why not?

15         **A.      Why wipe it off?  He spit in my face.  I**

16    **wanted somebody to see what he did.**

17         Q.      Had you ever been spit at before?

18         **A.      No.**

19         Q.      Have you ever seen anybody spit at before?

20         **A.      On TV.  I never seen it in real life.**

21         Q.      When you saw it on TV, what did the person

22    do when they got hit in the face with spit?

Brathwaite, Enrique                                    November 27, 2006

Vienna, VA

86

1      A.    Go wash it off.

2      Q.    Referring to the spit on your face?

3      A.    Yes.

4      Q.    So he didn't tell you you'd better leave

5  that on there so that others can see it?

6      A.    Oh, he did say that.

7      Q.    Oh, he did?

8      A.    Yes.

9      Q.    Well, which was it?  Did he tell you to

10  keep it on or take it off?

11      A.    First he says, "Leave it on so that your

12  lieutenant could see it."  And as I was standing there

13  with it on my face, after he made the call, he says,

14  "You can go wash it off because I saw it."

15      Q.    Uh-huh.  All right.  So after talking with

16  Officer Hayes and the other individuals there in the

17  Provost office, what did you do then?

18      A.    Lieutenant Green and Lieutenant Williams

19  showed up.  And Lieutenant Green took a statement with

20  Lieutenant Williams sitting there.  And he asked me

21  questions like you are doing.  And he just start

22  writing.

Brathwaite, Enrique                                November 27, 2006
Vienna, VA

100

1        Q.    Okay.  Now, let me show you what we'll mark

2    as Exhibit 13.

3                        -   -   -

4             (A document was marked as Deposition

5    Exhibit Number 13)

6                        -   -   -

7             BY MR. BROWN:

8        Q.    Exhibit 13 is a two-page document.  It's

9    handwritten.  It says, Interview of Enrique Brathwaite

10   on 3/19/04 at 12:35 hours.  Is this your handwriting?

11       **A.    Mine?**

12       Q.    Yes.

13       **A.    This?**

14       Q.    Right.

15       **A.    No.**

16       Q.    Okay.  You know you met with Mr. Sittner,

17   and he asked you your account of what happened; right?

18       **A.    When?**

19       Q.    Okay.  On March 19, 2004, you met with

20   Mr. Sittner and he asked you what happened; right?

21       **A.    Okay.**

22       Q.    Is that right?

Brathwaite, Enrique

November 27, 2006

Vienna, VA

102

1    Q.    Okay.  As you sit here today, is there

2    anything that you can tell me that would say, no, I

3    know for a fact it wasn't March 19?

4    A.    No.  I am not sure.

5    Q.    Okay.  So whenever it was, you met with

6    Mr. Sittner.  Where did you meet?

7    A.    In his office.

8    Q.    And just the two of you?

9    A.    In the provost marshal building.  No, it

10   was him and I, and I think Mr. Lewis was there also.

11   Q.    Okay.  And describe that meeting for me.

12   A.    At that meeting, he asked me questions to

13   explain what happened.  And I was explaining to him

14   what happened.  He was writing stuff down.

15         I don't know what he was writing, but in

16   the end, he wanted me to sign it.  And I refused to

17   sign it because I thought he was twisting the words

18   that I was saying.

19   Q.    So you read Exhibit 13?

20   A.    I didn't -- I didn't read it.

21   Q.    You didn't read it.  So how do you know he

22   was twisting words?

Brathwaite, Enrique

November 27, 2006

Vienna, VA

106

1    Q.    Referring to Exhibit 13?

2    A.    But while he was doing his questioning, it

3    was more geared towards -- I just thought at the

4    moment it seems like he was taking sides as opposed to

5    dealing with my situation as it occurred.

6    Q.    But you didn't even give him the chance to

7    -- by reviewing the statement; did you?

8    A.    What do you mean I didn't give him the

9    chance?

10   Q.    You didn't even bother to take a look at

11   the statement to see if he recorded it accurately?

12   A.    I looked at it, but I sort of like skimmed

13   through it.  And just based on the interview, I didn't

14   -- I thought that he was going to do an accurate like

15   he did.  It's just it's a form of interviewing.

16   Q.    Okay.  Well, as you sat here today, you

17   have said this is an accurate statement except with

18   that one exception.  And yet at the time you skimmed

19   it over and wouldn't sign it.  I don't get that.  Why

20   is that?

21        A.    I didn't sign it because I didn't quite

22   read it like I did just now.

Brathwaite, Enrique

November 27, 2006

Vienna, VA

110

1    I wasn't the one making any of the threats,

2    so why should I sign something?  If I sign it, that

3    would mean I'm agreeing with it; right, sir?

4    Q.    Did you ask Mr. Sittner why you were being

5    suspended?

6    A.    He didn't give me time.

7    Q.    But did you ask?

8    A.    You know what, when he gave me this and

9    they say you going to be suspended, and if I call you

10   back to work, if I call you that would be -- that

11   would mean that you are coming back to work.  I had no

12   reason to believe that I was going to be fired.  So I

13   could not sign something that I wasn't -- I didn't

14   agreed on.

15   Q.    Well, did you think you were going to be

16   fired or did you not think you were going to be fired?

17   Because I've heard you say both.

18   A.    I didn't think I was going to be fired.  He

19   said pending investigation.  But what I could say is

20   here you are now subject to investigation.  Why me?

21   I was the one brought the complaint.  Why

22   would you investigate me.

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique

Vienna, VA

November 27, 2006

118

1    investigation a little more thorough.  They have

2    cameras that would indicate exactly what happened.  I

3    felt confident that that's what they would have done.

4            There's cameras in the back of the guard

5    shack, in front of the guard shack, to the side of the

6    guard shack.  They should have monitored 280 degrees

7    around the guard shack.

8            And to say that you didn't see this or you

9    didn't see that, I find that hard to believe.

10    Q.    Other than what you have just testified to,

11    is there any other reason that you believe that you

12    were discharged because of your race?

13    A.    Yes.

14    Q.    What's that?

15    A.    The fact that Officer Verdine did not get

16    any discipline at the time, it clearly shows --

17    indicate to me that because I was black, actions was

18    taken.  And no actions was taken on Officer Verdine

19    because he was white.

20    Q.    Other than that, anything else which leads

21    you to believe that you were discharged because of

22    your race?

Henderson Legal Services, Inc.
(202) 220-4158

Brathwaite, Enrique                                November 27, 2006

Vienna, VA

143

1      A.    I will volunteer for different tasking.    If

2   I go to Reno and work with my unit, I will go to -- I

3   will go to school at Wisconsin, Missouri, for about a

4   month, 30 days.    I will go to annual training.    I will

5   volunteer my services at the unit in whatever capacity

6   that they need, supply or administration so that I can

7   get paid.

8      Q.    Anything else?

9      A.    That's it.

10      Q.    And I believe you said that you have

11   sometime recently received orders to go to

12   Afghanistan.    Is that right?

13      A.    Yes.    I volunteered.

14      Q.    You volunteered?

15      A.    Because I couldn't find work.

16      Q.    When did you volunteer?

17      A.    I volunteer right after I noticed that I

18   wasn't get anything jobs.

19      Q.    When was that?

20      A.    In 2004.

21      Q.    Okay.    So you volunteered in 2004.    And

22   then when were you told that you would be sent to

Brathwaite, Enrique                                    November 27, 2006

Vienna, VA

152

1        A.      Well, they say -- they told me to wait for

2    another assignment.

3        Q.      Okay.  Let's take a quick two-minute break,

4    just look over my notes and then we should be done.

5                            -   -   -

6                    (Recessed at 12:17 p.m.)

7                    (Reconvened at 12:23 p.m.)

8                            -   -   -

9            BY MR. BROWN:

10       Q.      Back on the record.  Just a couple

11   questions.  Mr. Brathwaite, when did you first join

12   the military?

13       A.      First time I went into the military?

14       Q.      Yes.

15       A.      In 1977.

16       Q.      You mentioned that you were recently

17   promoted to First Sergeant.  Is that right?

18       A.      Sergeant First Class.

19       Q.      Sergeant First Class.  When was that?

20       A.      It was '05.

21       Q.      And do you have a DD-214 form?

22       A.      For what?

Henderson Legal Services, Inc.
(202) 220-4158