Ex 3

Case 1:06-cv-01367-GK    Document 12-6    Filed 03/02/2007    Page 1 of 3



# STANDARDS OF CONDUCT

## OVERVIEW

Chenega/Vance Federal Security Services' Standards of Conduct are vital guidelines that are important to our security program. They are **CRITICAL** to our mission.

As a preliminary matter, Chenega/Vance Federal Security Services is an "at will" employer. This means that Chenga/Vance Federal Security Services has the right to terminate employees at any time, and for any legally permissible reason or no reason. Similarly, employees have a similar right to resign whenever they want, for any or no reason. Nothing in these Standards of Conduct, or any other policy or procedure, changes or alters the "at will" status of Chenega/Vance Federal Security Services employees.

These Standards of Conduct apply to all Chenega/Vance Federal Security Services employees.

The following are examples of conduct that are inappropriate. This list is not exclusive, and is only intended to identify some examples of the types of conduct that will not be tolerated by Chenega/Vance Federal Security Services. Engaging in such conduct can result in any form of discipline, up to and including immediate termination, as decided in the discretion of Chenega/Vance Federal Security Services.

## STANDARDS OF CONDUCT VIOLATIONS

1. Assault. Making or uttering verbal or physical threats.
2. Arson.
3. Theft or pilferage by an officer.
4. Sabotage.
5. Willful or careless destruction of property.
6. Dishonesty: Accepting bribes, enabling a person to secure stolen property, repeating rumors, permitting unauthorized access to classified material, or lying.
7. Falsification: Making or authorizing fraudulent entries on official documents, falsifying reports.
8. Insubordination toward the client, supervisors or management personnel.
9. Disregard of lawful orders: To include written post orders, special orders or instructions, or verbal instructions from supervisors or management personnel.
10. Violation of rules, regulations or established policy of Chenega/Vance Federal Security Services or its clients.
11. Sexual harassment or discrimination towards Chenega/Vance Federal Security Services and client employees and visitors.
12. Intoxication: Drinking or being under the influence of alcohol, illegal drugs, or controlled substances while on duty.



13. Negligence: Sleeping on duty, abandoning post, leaving post without proper authority, failing to perform duties as prescribed.

14. Absenteeism: Failure to report for work. Failure of a relieving officer to notify the designated Supervisor or Chief of Guards of his/her inability to report for duty (No Call/No Show). Unsatisfactory attendance.

15. Tardiness. Repeated failure to report to work on time.

16. Accepting any fees.

17. Any act of cruelty or oppression toward any employee or another member of the security force.

18. Communicating orders or information to any person not authorized to receive them.

19. Conduct unbecoming of an officer or prejudicial to discipline.

20. Violating or willfully or carelessly permitting violations of Chenega/Vance Federal Security Services or client rules, regulations or contract requirements.

21. Entertaining unauthorized persons on post.

22. Failure to deal politely and courteously with the client or visitors to client facilities.

23. Consumption of alcohol within 8 hours or reporting for normally scheduled duty.

24. Unauthorized activities on duty: Reading unauthorized materials on post. Having any radio, tape player or television on post. Working on personal projects such as hobbies.

25. Using the telephone for any reasons other than security purposes.

26. Fraternization with Chenega/Vance Federal Security Services or with a client's or a vendor's employees while on duty.

27. Any off duty conduct that impairs the ability to obtain or maintain a security clearance or license, if required.

28. Wearing or using, or permitting the wearing or use, of Chenega/Vance Federal Security Services' uniforms or identification for any reason other than for official Chenega/Vance Federal Security Services business.

29. Any other reason deemed by Chenega/Vance Federal Security Services to be contrary to the interests of the Company or its clients.

_Tenrique Brathwaite_
Employee's printed name

_Enrique Brett_                              2/26/04
Employee's Signature                         Date

Signature signifies Receipt and Acknowledgement of the Chenega/Vance Federal Security Services Standards of Conduct.