Ex 4

Sittner, Thomas  November 27, 2006
Vienna, VA

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -x

ENRIQUE BRATHWAITE,                  :

       Plaintiff,               :

  vs.                                : Case No.

VANCE FEDERAL SECURITY SERVICES,     : 2006-CA-003877B

INC., :                              :

       Defendants               :

- - - - - - - - - - - - - - - - -x

Deposition of THOMAS SITTNER, held at the offices of Jackson Lewis, LLP, 8614 Westwood Center Drive, Suite 950, Vienna, Virginia, commencing at 1:39 p.m., Monday, November 27, 2006, before Elizabeth Mingione, Notary Public.

CERTIFIED COPY

HENDERSON LEGAL SERVICES

1015 15th Street, Suite 525

Washington, D.C. 20005

                                                                      13

 1      Q.    Okay.  Do you know, well, let me just ask
 2 you this.  When people first become employed by Vance,
 3 when the security officers first become employed by
 4 Vance, are they put on some sort of probation?
 5      A.    No.
 6      Q.    Okay.  So neither Mr. Brathwaite nor
 7 Mr. Verdine would have been probationary employees at
 8 the time of the incident?
 9      A.    No.
10      Q.    How did you learn about the incident
11 involving Mr. Brathwaite and Mr. Verdine?
12      A.    I believe I received a phone call the date
13 it occurred from Lieutenant Green.
14      Q.    And what did Lieutenant Green tell you?
15      A.    That there had been an altercation between
16 the two.  I am certain he told me more.  I don't
17 specifically recall what that was at this time.
18      Q.    Okay.  And after you got that phone call,
19 what did you do?
20      A.    Told him to get statements from all the
21 parties involved, or witnesses, to separate them, and
22 I would deal with it on Monday.

Sittner, Thomas                                November 27, 2006
                        Vienna, VA

                                                              21

1     A.    I don't.

2     Q.    Would it have been prior to the time that
3  you spoke with Mr. McManus?

4     A.    Don't know that.

5     Q.    At the time that you wrote this, had you
6  already decided you were going to terminate
7  Mr. Brathwaite?

8     A.    **Well, and this may be a minor point to you,**
9  **but I did not have the authority to terminate anyone.**

10    Q.    Okay.

11    A.    **So the most I could do would be to make a**
12 **recommendation.**

13    Q.    All right.  Then had you already decided
14 that your recommendation was going to be to terminate
15 Mr. Brathwaite?

16    A.    Yes.

17    Q.    Now, at the bottom of the page can you tell
18 me what you have written here?

19    A.    Any particular part or --

20    Q.    Well, I mean, it starts out with it looks
21 like it says, Belcher.  Is that correct?

22    A.    Yeah.  There was an Officer Belcher.  And I

Sittner, Thomas                                          November 27, 2006
                           Vienna, VA

                                                                        22

1  guess I spoke with him also.  Frankly, I don't
2  remember who he is.  And I may be having difficulty
3  putting a name to a face, but obviously I spoke with
4  Mr. Belcher.
5       Q.   Okay.  And it says then a couple lines down
6  it says, "Did not ask for a napkin to wipe spit."
7       A.   Um-hmm.
8       Q.   What was that about?
9       A.   Well, apparently Mr. Brathwaite was sitting
10 there with what was purported to be spit on his face.
11      Q.   And when was this?
12      A.   When he went to the provost marshal's
13 office to report the incident.
14      Q.   So, now who's giving you this information?
15      A.   I'm going to assume it was Mr. Belcher,
16 Officer Belcher.
17      Q.   Okay.  So you believe Officer Belcher told
18 you that Mr. Brathwaite had spit on his face when he
19 went to the provost marshal's office?
20      A.   Well, I think we agreed that he had a
21 liquid on his face.  I don't think that anyone -- I
22 don't believe based on my conversation with the

                                                                    23

1   officer that they actually believe that's what it was.

2        Q.   So what did Mr. Belcher think it was?

3        A.   Well, it was a liquid.  But, frankly, he
4   and I and others had some difficulty believing that
5   anyone walked around with spit on their face, someone
6   else's spit on their face.

7        Q.   Do you know how long he had been -- did
8   Mr. Belcher tell you how long Mr. Brathwaite had the
9   liquid on his face?

10       A.   If he did, I don't recall.

11       Q.   Well, let me ask you this.  You were
12  present during the testimony of Mr. Brathwaite today?

13       A.   Yes.

14       Q.   Okay.  And you heard Mr. Brathwaite discuss
15  his version of what happened.  Isn't that correct?

16       A.   Yes.

17       Q.   Okay.  And Mr. Brathwaite said that he, you
18  know, immediately after the incident occurred, he went
19  to the provost marshal's office?

20       A.   Yes.

21       Q.   So he wouldn't have been walking around
22  with spit on his face for very long.  Isn't that true?

Sittner, Thomas                                    November 27, 2006
                        Vienna, VA

28

1          Do you see where he states that in the
2   middle of the page?
3      A.   Yes.  How many times did Verdine push
4   Brathwaite.  One time.
5      Q.   Okay.  Are you disputing that Mr. Verdine
6   pushed Mr. Brathwaite?
7      A.   No.
8                      - - -
9          (A document was marked as Deposition
10  Exhibit Number 25)
11                     - - -
12         BY MS. KRUGER:
13     Q.   Okay.  Have you reviewed what's been marked
14  as Exhibit 25?
15     A.   Yes.
16     Q.   And is this -- was this written by Gloria
17  Williams?
18     A.   That is my belief.
19     Q.   Okay.  And it looks like according to what
20  Ms. Williams has written here that she also was part
21  of the investigation that Lieutenant Green conducted?
22     A.   In some fashion, yes.

                                                                    29

1    Q.   Okay.  Now, did you read this -- had you
2    seen Exhibit 25 prior to making your decision
3    regarding Mr. Brathwaite?
4    A.   I am sure I did.
5    Q.   Okay.  Now, both Lieutenant Williams and
6    Lieutenant Green recommended that both Mr. Verdine as
7    well as Mr. Brathwaite be disciplined.  Isn't that
8    true?
9    A.   I don't know that that's accurate.  No.
10   Q.   Well, take a look at the second page.
11   Well, looking at the first page, the bottom of the
12   first page, and going onto the second page of what
13   Ms. Williams has written, doesn't she say one's
14   punishment should be no more than the other?
15   A.   Well, among other things she does say that.
16   Q.   And if you take a look back at Exhibit 20,
17   doesn't Lieutenant Green conclude that both officers,
18   both Mr. Brathwaite and Mr. Verdine should be
19   disciplined?
20   A.   He does.
21   Q.   Did you speak with Lieutenant Green and
22   Lieutenant Williams prior to making your decision?

                                                              31

1       A.    Well, essentially that he had been on duty,
2  he had the shotgun in his possession, that he was
3  preparing to go to lunch, tried to give it to Officer
4  Brathwaite.  Mr. Brathwaite refused to take it.  He
5  placed it, leaned it up against the guard house.  It
6  was picked up by Officer Barnett.
7             He went to the back, I'm sorry, Verdine
8  went to the back of the guard house where his lunch
9  was, got it, preparing to go to lunch, was struck by
10 Mr. Brathwaite in the rear.  And he reacted by pushing
11 Mr. Brathwaite.  And Mr. Brathwaite then fell down.
12      Q.    Now, you didn't take any disciplinary
13 action against Mr. Verdine?
14      A.    No.
15      Q.    Is that correct?  So he didn't receive any
16 written reprimands?
17      A.    No.
18      Q.    And he didn't receive any kind of, like,
19 oral counseling or anything like that?
20      A.    No.
21      Q.    And certainly of course he wasn't
22 suspended --

Sittner, Thomas  
Vienna, VA  
November 27, 2006

32

```
 1        A.    No.
 2        Q.    -- at all?  And he wasn't terminated,
 3   obviously?
 4        A.    No.
 5        Q.    Do you know if Mr. Verdine had any
 6   disciplinary issues prior to this incident with
 7   Mr. Brathwaite?
 8        A.    He may have.  I am not aware of them at
 9   this time.
10        Q.    Okay.  All right.  And then you interviewed
11   Mr. Brathwaite after you had spoke with Mr. Verdine?
12        A.    Yeah.  I believe I did.  Yes.
13        Q.    And 251.  And this is going to be Exhibit
14   27.  I'm sorry, 250 and 251.
15                        - - -
16             (A document was marked as Deposition
17   Exhibit Number 27)
18                        - - -
19             BY MS. KRUGER:
20        Q.    Okay.  Have you had a chance to review
21   Exhibit 27?
22        A.    Yes.
```

Sittner, Thomas                                November 27, 2006
                    Vienna, VA

                                                              38

1    know?

2        A.   I think it was Joseph Hales.  I didn't know
3    he was a sergeant, if he was.

4        Q.   Okay.  Now, do you know what race Mr. Hales
5    is?

6        A.   I do.

7        Q.   And what race is he?

8        A.   He is black.

9        Q.   Okay.  How did you find out about the
10   incident involving Mr. Verdine and Mr. Hales?

11       A.   It was in conversation.  And by that I mean
12   I don't believe I knew about it based on my position.
13   In other words, I was not part of the chain of command
14   that would have reviewed that incident.

15            Part of my duties would be to interact with
16   the chiefs on a regular basis.  And at some point I
17   became aware that Mr. Verdine and Mr. Hales had both
18   been terminated.  And I just got a general description
19   of what had occurred.

20       Q.   Okay.  You had said regarding going back to
21   the incident involving Mr. Verdine and Mr. Brathwaite,
22   you spoke with Mr. Blassingame and Mr. Barnett.  Did

Sittner, Thomas                                                   November 27, 2006
                          Vienna, VA

                                                                              43

 1           BY MS. KRUGER:
 2      Q.   Just a few more questions. Was Vance in
 3 danger of losing its contract with Chenega, is that
 4 how you pronounce it, because of the fight that
 5 Mr. Brathwaite and Mr. Verdine got into?
 6      A.   No.
 7      Q.   All right. And just again I just want to
 8 make sure that I understand your justifications for
 9 terminating Mr. Brathwaite. You said it was because
10 you felt that Mr. Brathwaite was the aggressor and
11 because he lied? Were there any other reasons that
12 you terminated him?
13      A.   **Well, the assault. I would say that was**
14 **the proximate cause for the termination.**
15      Q.   Okay. Did you take anything else into
16 account in deciding to terminate him?
17      A.   **I don't remember if I did or not. But,**
18 **once again, all I do is make recommendations.**
19      Q.   Right. Okay. And your recommendations
20 were based on the fact that you thought that -- you
21 concluded from your investigation that he was the
22 aggressor. And you also concluded from your