Ex 5

**Chenega Technical Products**
**VANCE**

| | |
|---|---|
| Site Name: | FORREST GLENN ANNEX |
| Incident #/Location: | SITTEN / LINDEN |
| Incident Date/Time: | 3-13-04 / 1405hrs |
| Incident Type: | DISTURBANCE |
| Region: | |
| Site #: | |

| | | |
|---|---|---|
| Complainant/Victim: | JOSEPH A. BARNETT | Sex: MALE |
| Address: | 506 62ND N #13 | DOB: |
| City: SEAT PLEASANT | State: MD  Zip: 20743 | SSN: |
| Phone: | Employer: | Work Phone: |

| | | |
|---|---|---|
| Injury/Condition: | N/A | Date/Time Occurred: |
| Location: | | Date/Time Reported: |
| EMS Respond: | EMS Unit: | Hospital: |

| | | |
|---|---|---|
| Suspect: | ENRIQUE BRATHWAITE | Race:   Age: |
| Address: | 4509 13TH ST NW | Sex: MALE   DOB: 4-24-53 |
| City: WASHINGTON | State: D.C.  Zip: 20011 | Height:   Hair: |
| Home Phone: | Work Phone: | Weight: |
| Vehicle Info.: | | |

| | | |
|---|---|---|
| Witness: | MELVIN BLASSINGAME | Home Phone: 202-726-3611 |
| Address: | 1939 FT. STEVENS DRIVE N.W | Work Phone: |
| City: WASHINGTON | State: DC  Zip: 20011 | |

| | | |
|---|---|---|
| Property Description: | | Serial No.: |
| Property Disposition: | | Value: |

Incident Description: ON 3-13-04 AT APPROXIMATELY 1405 HOURS, OFC BARNETT CALLED VANCE #3 ON THE RADIO REQUESTING IMMEDIATE RESPONSE. A LAND-LINE CALL RECIEVED BY LT GREEN INDICATED OFC VERDINE AND BRATHWAITE WERE INVOLVED IN A DISPUTE WHICH RESULTED IN BOTH PARTIES SHOVING EACH OTHER. OFC BRATHWAITE WENT TO FORREST GLENN POLICE SUBSTATION AND FILED A COMPLAINT AGAINST VERDINE. LT. WILLIAMS AND LT. GREEN RESPONDED TO THE ANNEX WHERE STATEMENTS AND INTERVIEWS WERE CONDUCTED WITH OFC BRATHWAITE, VERDINE, BARNETT, BLASSINGAME. DA POLICE ADVISED UNLESS CRIMINAL CHARGES WERE MADE, LT. WILLIAMS AND GREEN SHOULD HANDLE THE INCIDENT. FROM THE INTERVIEWS CONDUCTED, IT APPEARS THAT OFC BRATHWAITE REFUSED TO ACCEPT THE SHOTGUN FROM OFC VERDINE. AN ARGUMENT ENSUED AND

| | | |
|---|---|---|
| Police Officer: | Badge No.: | Action Taken by Police: |
| Report / Case No.: | | |

| | | |
|---|---|---|
| Reporting Officer: CHARLES H. GREEN | Supervisor: [signature] | Dispatcher: |
| Signatures: | Security Officer: | Date: |
| | Supervisor: [signature] | Date: 3-13-04 |
| | Approved By: | Date: |
| Follow-Up: | | |

| | |
|---|---|
| Site Name: | FORREST GLENN ANNEX   Site #: |
| Incident #: | |
| Date: | 3-13-04   1405hr |
| Incident Type: | DISRUPTION / DISTURBANCE |
| Region: | |

# Incident Report
## Continuation Page

BARNETT INTERVINED BY TAKING POSSESSION OF THE SHOTGUN. OFC BLASSINGAME INTERVINED AND SEPERATED BRATHWAITE AND VERDINE. AFTER THEIR SEPERATION, BRATHWAITE SHOVED VERDINE FROM BEHIND AND VERDINE HAD A SPONTANEOUS REACTION SHOVING BRATHWAITE CAUSING BRATHWAITE TO STUMBLE. BRATHWAITE LEFT HIS POST AND PROCEEDED TO THE DA POLICE SUBSTATION TO FILE A COMPLAINT. THERE HAVE BEEN PREVIOUS INCIDENTS AT THIS POST INVOLVING BRATHWAITE AND THE OTHER OFFICERS ASSIGNED DUTY AT SITTER AND LINDEN. A REVIEW OF VIDEO TAPE OF THE POST FOR THAT TIME PERIOD MAY HELP IN DISCOVERY OF THE FACTS. MY PERSONAL OBSERVATION OF BRATHWAITE INDICATES HE IS PRIOR MILITARY OF E-6 RANK AND HAS A HIGHER STANDARD OF DISPLINE WHICH HAS CAUSED HIM TO BECOME CONTEMPOUS OF THOSE WHO DON'T MEET "HIS" STANDARD. THIS CONDITION IS AGGREVATED BY THOSE ON THE POST WHO DO NOT ADHERE TO THE SOP AND FEEL BRATHWAITE ASSUMES TOO MUCH OF A LEADERSHIP ROLE AT THE POST. RESENTMENT HAS TURNED INTO AN ESCALATING CYCLE OF WORK PLACE VIOLENCE, RESULTING IN THIS EVENT. BOTH OF THESE OFFICERS ARE GOOD OFFICERS INDEPENDENT OF EACH OTHER. BRATHWAITE MIGHT PERFORM WELL AT A POST HAVING A HIGHER DEGREE OF MILITARY STANDARD. VERDINE IS CAPABLE OF WORKING IN ANY ENVIRONMENT. BOTH OF THESE MEN COULD BE ASSETS FOR THE CORPORATION, HOWEVER, WORKPLACE VIOLENCE CANNOT BE TOLERATED IN ANY FORM. AT A MINIMUM EACH OFFICER SHOULD BE SUSPENDED FOR A LENGTHLY PERIOD AND BRATHWAITE REASSIGNED TO ANOTHER POST. THE MAXIUM DISIPLINARY ACTION SHOULD BE DISMISSAL OF EACH OFFICER. LT. WILLIAMS IS FILING A SEPERATE STATEMENT.

////// NOTHING FOLLOWS //////