

**Chenega Technical Products**

**VANCE**

| | |
|---|---|
| Site Name: | Forrest Glenn Annex Site #: |
| Incident #/Location: | Sitter / Linden |
| Incident Date/Time: | 3/13/04 / 1405 hr. |
| Incident Type: | Disturbance |
| Region: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Complainant/Victim: | Joseph A. Barnett | | | Sex: | Male | |
| Address: | 506 62nd N # 13 | | | DOB: | | |
| City: | Seat Pleasant | State: Md | Zip: 20743 | SSN: | | |
| Phone: | | Employer: | | Work Phone: | | |

| | | | | |
|---|---|---|---|---|
| Injury/Condition: | N/A | | Date / Time Occurred: | |
| Location: | | | Date / Time Reported: | |
| EMS Respond: | | EMS Unit: | Hospital: | |

| | | | | | |
|---|---|---|---|---|---|
| Suspect: | Enrique Breathwaite | | Race: | Age: | |
| Address: | 4509 13th St NW | | Sex: Male | DOB: 4-24-53 | |
| City: | Washington | State: DC | Zip: 20011 | Height: | Hair: |
| Home Phone: | | Work Phone: | | Weight: | |
| Vehicle Info.: | | | | | |

| | | | | |
|---|---|---|---|---|
| Witness: | Melvin Blassingame | | Home Phone: | 262-726-3011 |
| Address: | 1939 Ft Stevens Drive NW | | Work Phone: | |
| City: | Washington | State: DC | Zip: 20011 | |

| | | | |
|---|---|---|---|
| Property Description: | | Serial No.: | |
| Property Disposition: | | Value: | |

Incident Description: ON 3-13-04 At Approximately 1405 hrs. Lt Green recieved A Radio request from officer Barnett, Asking for Immediate response. He was Asked to give Lt Green A call on the land line, He was then informed that officer Breathwaite And officer Verdine were involved in A Dispute which resulted in Both officers shoving each other. Lt Green, And my self Lt Williams, went over to the Annex to Investigate, Lt Green And I Talk with each officer seperatly And took Statements from each officer.
There is A lot more going on here than meets the eye, I am sure both those officers Are great gentlemen in there own ways. I would suggest viewing the video of what happen on 3/13/04 And I would make All judgement calls from Their, because what I have heard Mr Braithwaite And

| | | | |
|---|---|---|---|
| Police Officer: | Badge No.: | Action Taken by Police: | |
| Report / Case No.: | | | |

| | | | | |
|---|---|---|---|---|
| Reporting Officer: | Gloria Williams | Supervisor: Gloria Williams | Dispatcher: | |
| Signatures: | Security Officer: | | Date: | |
| | Supervisor: Gloria Williams | | Date: 3/13/04 | |
| | Approved By: | | Date: | |

Follow-Up:

**Vance 0002**

| **Incident Report** | Site Name: | Forrest Glen Annex | Site # |
| | Incident #: | | |
| | Date: | 3-13-04 | 1405 hr |
| *Continuation Page* | Incident Type: | Disruption / Disturbance | |
| | Region: | | |

MR Verdine were Both wrong, ones punishment should be no more than the other. Reason being they are both officers and their conduct was uncalled for no matter what the situation was or wasn't, In my opinion The Tape The PMO Has would be the final Answer As to the conduct And behavior of Both Gentlemen while on Duty At Sitter Linden. MR. Green has a more detailed report, Being that He took the statements from the officers.

End Report
Gloria Williams