Ex 7

03/17/04 INTERVIEW OF SHAWN VERDINE 0910 incident that occurred on 03/13/04 @ 1400 hrs.

At approx. 1400 hrs. I was preparing to go to lunch. I had the shotgun and tried to give it to Ofc. Brathwaite as he was the only officer that was outside. He refused to take it and he cursed at me saying, "fuck you, I am not taking the shotgun."

At that time I placed the shotgun on the ground, muzzle up, leaning against the guard shack. Ofc. Barrett picked up the shotgun within 15 seconds. Ofc. Barrett was within 3' of the shotgun and I was within 1' of it.

I walked to the back of the shack to get my bag so I could go to lunch. I had picked up the bag and was standing upright when I was struck on the rear of my left shoulder. Ofc. Brathwaite was the person who struck me. He walked past me on my left side to my front & I immediately pushed him. He had his back to me and I pushed him on his back with my open hands. He tripped over the trash can and fell to the ground. A water cooler that was on top of the air conditioner unit fell to the ground.

Ofc. Brathwaite immediately got up and walked to the PPO office. He did not say anything.

[signature] 3-17-04

Vance 0252