

## Memorandum

To:       Enrique Brathwaite #313842

From:     Thomas W. Sittner, Project Manager
          Vance Protective Services, WRAMC

Subject:  Termination of employment

Date:     March 23, 2004

On March 13, 2004, I was advised of an incident concerning an allegation of an assault committed by you while on-duty. The incident occurred on March 13 at approximately 1400 hours at the guard post located at Stephen Sitter Lane and Linden Lane.

I conducted an investigation into the incident. I completed my investigation on March 22, 2004 and presented my findings with a recommendation of termination to the Vance Federal Protective Services Operations Manager, Mr. Timothy McManus. Mr McManus has reviewed my findings and has concurred with my recommendation.

You are notified that your employment is terminated effective immediately. You are to return all Vance equipment that is still in your possession to the on-duty supervisor.

A copy of this memorandum is being presented to you. You have the right to submit written comments concerning this matter. If you choose to do so, present them to me and I will attach them to this memorandum. Both will be placed in your personnel file.

Served by: _[signature]_    Date: 03/24/04

Received by: _REFUSED TWS_   Date: 03/24/04

Witnessed by: _[signature]_  Date: 24 MAR 04

TWS/tws

cc: Personnel file
    I. Timothy McManus, Operations Manager
    Karen Hairston, HR Manager