Ex 10



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507-1002
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0701

March 9, 2005

Mr. Enrique Brathwaite
6309 N. Capitol St., N.W.
Washington, D.C. 20011

Re: Charge Information Questionnaire

Dear Ms. Brathwaite:

    The Complaint Questionnaire which you completed for the Equal Employment Opportunity Commission's Baltimore Field Office, was forwarded to the Washington Field Office. Therefore, I need to speak with you about the information we received. Please contact me within five (5) days of your receipt of this correspondence. I can be reached at (202) 419-0746 between the hours of 9:00 and 5:00 p.m., Monday through Friday. If I am not available when you call, please leave your name, telephone number and time(s) when you can be reached at that number. I will return your call as soon as possible.

    Thank you for your cooperation and please do not hesitate to call me.

Sincerely,

Elisa C. Cogswell
Federal Investigator



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

February 17, 2005

MEMORANDUM

TO:       Selvy Leon, CR/TIU Supervsior
          EEOC- Washington Field Office
          1801 L Street, Suite 100
          Washington, D.C. 20507
          (202) 419-0700

FROM      Judy W. Cassell, CR/TIU Supervisor
          EEOC - Baltimore District Office
          (410) 962-5635

SUBJECT:  Correspondence/Charge Transmittal


### 120-2005-00906N - Enrique Brathwaite v. Vance Security Services

The above reference correspondence/charge is being transferred to your office because the alleged discrimination occurred within your office's geographical jurisdiction.

cc:   Mr. Enrique Brathwaite
      6309 N. Capitol, Street, N.W.
      Washington, D.C. 20011

[EEOC WASHINGTON FIELD OFFICE 2005 FEB 23 A 8:45 1801 L ST NW WDC 20507 stamp]

March 4, 2005

To:     Elisa Cogswell, Investigator

From:   S. Leon, Intake Supervisor

Re:     Mail-In Inquiry(ies)

Attached is/are the following mail-in inquiry(ies) for appropriate action:

1) Enrique Brathwaite v Vance Security Services - 120-2005-00906N

Please provide me with status by 3/11/05

Thanks.

cc:   Janice Campbell

# CHARGE INFORMATION QUESTIONNAIRE

Please immediately complete the entire form, including any attached questionnaires, and return the entire document to the U.S. Equal Employment Opportunity Commission ("EEOC"). Answer all questions as completely as possible. REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 300 days of the alleged discrimination.

**PERSONAL BACKGROUND INFORMATION:**

Name: Mr./Ms. BRATHWAITE ENRIQUE

Address: 6309 N. CAPITOL ST NW
WASHINGTON, D.C. 20011       Email Address: ENRIQUEBRTH@AOL.COM

Phone Number: (day) (202) 829-8935   (night) ( )

Date of Birth: 4-24-53   Soc. Sec. #: 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   Race: BLACK SPANISH

**RESPONDENT INFORMATION** (Employer, union, employment agency against whom the charge is being filed)

Respondent Name: Vance Protective Services

Address (If employer, the location where you actually worked or sought employment - If you worked out of your home, state that and give the full address of the company home office or headquarters; if union or employment agency, the address where you conducted business)

Vance Security Services
10467 White Granite Dr.

City/State/Zip Code: Oaken, VA. 21124   County: Oaken

Approximate total number of employees: More Than 200+

Type of business: Security

**DATE OF HARM** (last date any harm which you consider discriminatory happened): 03-24-04 (Must be completed)

**TYPE OF HARM** (the kind of discrimination that happened to you, for example, discharge, denial of hire, harassment):
Discharge

**BASIS** Check the basis for your complaint (the reason you believe the action was taken against you).
(+)race       (X)color        ( )religion       ( )sex
(X)national origin   ( )age      ( )disability   ( )retaliation

Identify yourself in terms of the basis or bases you checked, for example, "I am black" or "I am a disabled person."
I am A Black American with Espanish Origin

If you checked "retaliation," have you ever previously filed a charge with EEOC or another civil rights agency or complained to your employer about discrimination?  ( )yes (X)no

If yes, please explain: _____

If none of the above bases applies, describe the reason you believe the action was taken against you:

V02

Name: ENRIQUE BRATHWAITE   Date: 9-11-04

# HARASSMENT (SEXUAL, RACIAL, ETC.) QUESTIONNAIRE

Provide <u>specific</u> examples of all alleged verbal and or physical harassment. Be as exact as you can be in describing each act of harassment (e.g., the exact words that were said and/or the exact nature of any physical harassment). If more space is needed for any response, please use additional pages.

1. For each act of alleged harassment, indicate the following:

   a) Detailed description of the harassment, including dates:

   On March 13, 2004 at around 2:05 PM Officer Verdine while wearing a service weapon, and a shotgun and wanted to give me the weapon while I was checking and inspecting ID of the incoming traffic on to the Military Installation on Forrest Glenn Annex. The S.O.P. requires all officers to alternate by the hour with the shotgun. Off Verdine all I did was instructed Officer Verdine to give or to alternate with the other 3 officers who had not rotated with the shotgun, because I had it earlier and it's unsafe for me to bend and check ID with a shotgun in my hands. (See attach for continuation)

   b) Name and title of person(s) doing the harassment and the working relationship of each person to you (e.g., immediate supervisor, co-worker):

   Verdine Security Officer
   Co-worker

9/02

# HARASSMENT QUESTIONNAIRE (p. 3)

5. Did you report the harassment to any employer official or representative? (X)yes ( )no
   If yes, indicate the following:

   a) Name of person  LT Williams, LT Green, O/F Colins, O/F Hayes, and the PM<u>O</u>

   b) Job title  Lieutenant's / Officers / Provost Marshal Office

   c) Which act or acts of harassment did you report?

   the Assault, Verbal and Physical Threat by Officer Vardine

   d) When did you report this harassment?

   Immediately After the Incident occurred EB

   e) Did you report this harassment orally or in writing?

   Both Orally and In Writing

   f) If in writing, do you have a copy of the complaint? If so, please attach.

   Yes

   g) What happened as a result of your complaint? If you received a written response, please attach a copy.

   I was Suspended and Terminated. The Supervisors Officer Green and Officer Williams took my complaint and wrote an Incident Report. See At Attach Continuation of or question (G)

# HARASSMENT QUESTIONNAIRE (p. 5)

d) Description of harassment received

Threat and Verbal Assault

e) Name and job title of each person doing the harassment

Officer Verdine

f) Approximate date(s) of harassment

3/3/0? or Sometime in June 2004

g) How are you aware that this other harassment occurred?

I was told by Security Officer L/T Campus (that) the same situation that happened to you. He A/F Verdine did to LT. Brown. Except for the spitting.

Name: _Enrique Brathwaite_    Date: _9-11-04_

# DISCIPLINE QUESTIONNAIRE
## (DEMOTION, SUSPENSION, DISCHARGE, ETC.)

1. Provide your employment history with the Respondent employer as follows:
   a) date of hire: _Oct-6-2003_
   b) position title at time of hire: _Security Officer_
   c) position title at time of most recent discipline: _Security Officer_
   d) date you were selected for the job you held at the time of the most recent discipline: _Sep ~~Nov~~-15-2003_
   e) name of section/department at time of most recent discipline: _PMO Office / Walter Reed Anex_
   f) name and title of your immediate supervisor at time of most recent discipline: _Officer Green and Officer Williams_

2. Describe the most recent discipline (discharge, suspension, demotion, etc.) given you: _Here is a copy of the suspension, and a copy of discharge_

3. What explanation was given to you as to the reason(s) for your receiving this most recent discipline? _Here is a copy of the suspension and termination_

On what date were you told of the discipline to be given you? _On March 19, 2004_

Were you informed orally or in writing of this discipline? _In Writing_

What are the name and title of the person who informed you of the discipline to be given you? _Mr. Thomas W. Sittner, Project Manager_

'02

## DISCIPLINE QUESTIONNAIRE (p. 3)

12. Describe your last 2 performance reviews, to include the overall rating, any specific area(s) of negative comments, the approximate date of each review, and the name and title of the person who gave you each review.

I Receive a 90 days Evaluation Around January 2004 Vance Never Provided Me with a copy of My evaluation. My Evaluation was done by an Officer was Promoted to SGT. Who only work with me for Less than two wees which I Thought was Unfair? The First 90 days My supervisors were LT. Bell LT. Colon, LT Smith, LT. Jones And LT Brown. None of these O/F give me Any Review.

13. Have you received any oral or written counseling or notices of deficiency related to performance (e.g., written warnings, suspensions, placement on probation, etc.)? If yes, describe all such actions to include nature of action taken by the employer, stated reason for action taken, date, and name/title of supervisor or manager who caused the action to be taken.

Yes I receive a write up for the Following. On December 9, 2003 Mr. Smith a customer came through the Sitter and Linden gate And in good gesture I turned to him and said it's seems Like every person who come Trough the gate is Fumbling For their ID card Today and that Most People will have their ID card ready upon arriving on Military Installation, (See Attach For Continuation)

If you were disciplined for conduct violations, please answer questions 14- 17 and provide copies of all documents in your possession which describe each answer. NO

14. What is the discipline policy related to the rules, policies or practices which you were charged with violating?

N/A

5. How do you know what the discipline policy is?

N/A

## DISCIPLINE QUESTIONNAIRE (p. 5)

19. Identify all persons in comparable positions who have had performance or conduct problems in the last 2 years and who have been disciplined in the same manner as you were. For each person listed, provide the following (adding extra pages, if needed, to complete this answer): *NONE TO MY KNOWLEDGE*

   a) name: _____

   b) race _____, sex _____, national origin _____, and approximate age _____.

   c) job title: _____

   d) name/job title of immediate supervisor: _____

   e) description of performance or conduct problems: _____

   f) discipline given to this person: _____

   g) when did this occur? _____

   h) how do you know about the above circumstances?

NAME: ENRIQUE Brathwaite     DATE: 9-11-04

## REMEDY INFORMATION

1. If your charge alleges failure to hire or failure to promote, what was the salary or salary range of the job you applied for? $_____. What was the salary of the position you held at the time you applied for the position in question? $_____.

2. If your charge alleges discharge or suspension without pay, what was the salary of the position you held at the time of discharge or suspension? $ 32,000.00 yearly

3. If your charge alleges demotion, what was the salary of the position you held before you were demoted? $_____. After you were demoted? $_____.

5. Other than loss of salary, what money have you lost as a result of the alleged discrimination (e.g., cost of looking for new job, cost of health insurance you had to buy, etc.)? Describe each type of loss and provide an approximate dollar value for each type of loss. (NOTE: You should save receipts or other proof of all such expenses.)

I lost my entire life savings as a result of paying my bills and surviving after I was terminated. As a result I cant find meaningful employment because of bad reference from Vance Federal Security, to potential employers. Inspite of all the negative things they hav done to me, they still are depriving me an opportunity of employment el'swhere.

6. Other than monetary losses, what losses have you incurred as a result of the alleged discrimination (e.g., loss of seniority, no longer being part of a pension plan, loss of company car, had to seek psychiatric services)?

Lost of seniority, promotion that I could have earn by now, confidence, my dignity and emotional stress.

Name: ENRIQUE BRATHWAITE    Date: 9-11-04

# WITNESS QUESTIONNAIRE

Identify all witnesses who you believe have information which would support your allegations. For each witness identified, provide his/her name, address (if known), phone number (if known) or other means to contact the witness. In addition, indicate what type(s) of information you believe the witness can provide:

**WITNESS**
Name and Job Title: O/F Richard or Robert Branch
Home Address: Address UNKNOWN Tel: 240-893-8243
(if known)

Home Telephone: (   )
This witness can provide the following information in support of my charge:
Mr. Robert Branch was Present at the Time of the Incident. O/F Robert Branch Told Me he Saw Me as I was Stumbling To the Ground Noking the Trash can over as I was been Push by Officer Verdine. They Are Afraid of Retribution From Mr. Sittner They claim That they don't wish To lose there Jobs.

**WITNESS**
Name and Job Title: Security Officer Collins Williams
Home Address: Address UNKNOWN Tel: 240-338-8447
(if known)

Home Telephone: (   )
This witness can provide the following information in support of my charge:
Officer Collins Williams tha he did'T give Any Stament because I Do Not wish To be Fire by Mr. Sittner. But He Saw the Intire Insident?

Use additional pages if needed

2/97

Enrique Brathwaite                                    9/11/04
**THIS IS A CONTINUATION ANSWER SHEET TO QUESTIONER**

**1-(A)   Detailed description of the harassment.**
**Cont.**

While I was standing near the guard shack next to O/F Verdine, out of nowhere O/F Verdine turn and push me in my chest he then proceeded to take off his jacket and come at me in a violent way by saying he will kick my ass and then he push me again. I ask the other three officers did you guys see what happen O/F Verdine replied yes I push you. The other officers tried to calm O/F Verdine down and then O/F Verdine came back and spit in my face and not once but twice. At that point I have had enough so I went to the Provost Marshal Office, and notified them as to these charges made by O/Ff Verdine. Not to mention that he also rush me in the chest with the shot gun. Officer Verdine is Caucasian and I am Black if I had assaulted O/F Verdine I would have been arrested and charge with assault and battery.
As God in my wiseness I never touch O/F Verdine I didn't started the commotion, all I did was tell him not to place that weapon on the ground. Also O/F Roberts Branch was a witness to this incident.

**Page-4-Question (6-A)        Name/ address/phone number of co-worker(s)**

Officer Robert Branch Cellular (240)893-8243
Officer Will Collins   Cellular (240)338-8447

**Discipline Questionnaire Page-3 Question (13)**
**Cont.**
then I ask him could he move up to allow others to move on base.
Mr. Smith return moments later and ask O/F Campos and O/F Eugene for me. While I was talking to Mr. Smith I notice O/F Eugene and O/F Campos on a cellular phone calling supervisor Brown. The situation could have been best handle by me with an apology to Mr. Smith. if it was necessary, without the instigation create a situation that was not there.

**Discipline Questionnaire Page-3 Question (18-E)**
It is customary for Security Officer to arrive at work and find a supervisor present on 11-09-2003 there were no one present in the arms room, to received the incoming officers, which sparked O/F Eugene to ask why? O/F Lockett called O/F Colon by cell phone I had no idea what was being discuss then O/F Eugene ask O/F Locett who was on the other end of the phone? O/F Lockett answer and said O/F Colon, O/F Eugene look in my direction and O/F Campos and said I figure with a nod with his head and said it has to be one of them. (He was referring to us as one of them because we are all of Spanish) I ask O/F Eugene what did he mean by that comment? He suck his teeth as to say no big deal when in fact in was a racial comment.
When O/F Colon came in I told him that some of the officers was badmouthing the supervisor mainly him since he was one of them, O/F Colon said we will all discus the matter much later. Around 13:40 O/f Colon came to the Forest Glenn Post and I approach him of the details that was said in the morning by O/F Eugene. O/F Colon comforted O/F Eugene then O/f Colon called me over and as soon as I got within 5 feet of O/F Eugene he made an attempt to fight me then with his hands in a violent manner in my face saying that he was going to kick my ass when I got off of work. Although O/F Colon instructed him to calm down he persistently tried to pursue me at all causes I walk away to regained working to control the incoming traffic, O/f Eugene said once again he would catch me after work.

**ENRIQUE BRATHWAITE**            **9-11-04**

This was not the first time O/F Eugene had shown violent behavior in public this time O/F Colon was present to see and hear.