# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENRIQUE BRATHWAITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Case No. 1:06-cv-01367-GK** |
| **v.** ) | |
| ) | |
| ) | |
| **VANCE FEDERAL SECURITY** ) | |
| **SERVICES, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS
## FOR JACKSON LEWIS LLP

Comes now Tyler A. Brown, attorney of record for Defendant Vance Federal Security, and file this Notice of Change of Firm Address.  Effective immediately, the new firm address is as follows:

> Jackson Lewis LLP
> 10701 Parkridge Blvd.
> Suite 300
> Reston, VA  20191
> Telephone: (703) 483-8300
>  Facsimile: (703) 483-8301

All Jackson Lewis LLP e-mail addresses remain the same.

Respectfully submitted,

**JACKSON LEWIS LLP**

By:     /s/_____
Tyler A. Brown
D.C. Bar No. 480693
10701 Parkridge Blvd., Ste. 300
Reston, VA 20191
Telephone: (703) 483-8300
Facsimile:  (703) 483-8301

Date:   September 12, 2008        brownt@jacksonlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, a true and correct copy of the foregoing *Notice of Change of Firm Address for Jackson Lewis LLP* was served upon the following through the Court's ECF filing system, and by first class U.S. Mail, postage prepaid, to:

> Susan L. Kruger, Esq.
> Alan Lescht & Associates, PC
> 1050 17th Street, NW
> Suite 220
> Washington, DC  20036
> (202) 862-4330

_/s/_____
Tyler A. Brown